Darin Sands, OSB No. 106624
dsands@bradleybernstein.com
BRADLEY BERNSTEIN SANDS LLP
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

David R. Carpenter*
drcarpenter@sidley.com
Caleb J. Bowers*
cbowers@sidley.com
Alexandra T. Mushka*
amushka@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Gordon D. Todd*
gtodd@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

*Pro hac vice applications forthcoming

Attorneys for Plaintiff
NATIONAL ASSOCIATION OF
WHOLESALER-DISTRIBUTORS

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS, <br><br> Plaintiff, <br><br> vs. <br><br> OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY; OREGON ENVIRONMENTAL COMMISSION; DANIEL A. RAYFIELD, in his official capacity, and DOES 1 through 25, <br><br> Defendants. | Case No.  3:25-cv-01334-SB <br><br> **RULE 7.1 DISCLOSURE STATEMENT OF NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff National Association of Wholesaler-Distributors certifies the following:

National Association of Wholesaler-Distributors has no parent corporation and no publicly held corporation owns any stock in National Association of Wholesaler-Distributors.

Date:  July 30, 2025                                    BRADLEY BERNSTEIN SANDS LLP

By: */s/ Darin Sands*

Darin Sands, OSB No. 106624
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

SIDLEY AUSTIN LLP

David R. Carpenter*
drcarpenter@sidley.com
Caleb J. Bowers*
cbowers@sidley.com
Alexandra T. Mushka*
amushka@sidley.com
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Gordon D. Todd*
gtodd@sidley.com
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

*Pro hac vice applications forthcoming*

Attorneys for Plaintiff
NATIONAL ASSOCIATION OF
WHOLESALER-DISTRIBUTORS

RULE 7.1 DISCLOSURE STATEMENT OF NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS