DAN RAYFIELD
Attorney General
SARA VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Sara.VanLoh@doj.oregon.gov
       alex.jones@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,<br><br>        Plaintiff,<br><br>        v.<br><br>OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY; OREGON ENVIRONMENTAL COMMISSION; DANIEL A. RAYFIELD, in his official capacity, and DOES 1 through 25,<br><br>        Defendants. | Case No. 3:25-CV-01334-SB<br><br>DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER |

## LR 7-1(a) CERTIFICATE OF CONFERRAL

Defendants conferred with Plaintiff's counsel on this motion. Plaintiff takes no position on this motion.

Page 1 -   DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER
           SV1/jc4/1001838380

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## MOTION

Defendants Oregon Department of Environmental Quality, Oregon Environmental Commission and Daniel A. Rayfield (collectively, Defendants) move the Court under Federal Rule of Civil Procedure 6(b) for an extension of time to file a response to Plaintiff National Association of Wholesaler-Distributors' Complaint (ECF 1). Currently, Defendants' response is due October 17, 2025. Defendants move the Court for an order extending that deadline by 21 days, to November 7, 2025. This motion is supported by the following Points and Authorities, the attached declaration of Alexander C. Jones, Assistant Attorney General, and the records and files herein.

## POINTS AND AUTHORITIES

The Federal Rules of Civil Procedure allow a court to extend filing deadlines for pleadings and other papers when good cause exists. Fed. R. Civ. P. 6(b). Good cause exists to extend the responsive pleading deadline because Defendants need additional time to review the complaint, investigate the allegations, and prepare an answer or a potential motion to dismiss. Defendants' counsel has been occupied due to unexpected obligations that have arisen in other cases. Defendants are also in the process of conferring with Plaintiff's counsel regarding certain issues with the hope that those issues may be resolved during that process, as well as regarding the possibility of agreeing to a schedule to proceed directly to cross-motions for summary judgment in this case. Defendants are requesting a further 21 days for their response to Plaintiff's complaint to accommodate further conferral on those matters, as well as time to prepare an answer or motion to dismiss. Given the complexity of the matters raised in the complaint, a 21-day extension of the deadline is reasonable.

Page 2 -    DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER
         SV1/jc4/1001838380

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

This is Defendants' third request for a Motion for Extension of Time. This request is made in good faith and not for the purpose of delay.

DATED October 15th, 2025.

Respectfully submitted,

DAN RAYFIELD
Attorney General

*s/ Alexander C. Jones*
SARA VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Sara.VanLoh@doj.oregon.gov
alex.jones@doj.oregon.gov
Of Attorneys for Defendants

Page 3 -   DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER
SV1/jc4/1001838380

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on October 15th, 2025, I served the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER** upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Darin Sands<br>Bradley Bernstein Sands LLP<br>1211 NW Glisan Street, Ste 204<br>Portland, OR 97209<br>  *Of Attorneys for Plaintiff* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> x  E-SERVE |
| David R. Carpenter<br>Caleb J. Bowers<br>Alexandra T. Mushka<br>Sidley Austin LLP<br>350 South Grand Avenue<br>Los Angeles, CA 90071<br>  *Of Attorneys for Plaintiff* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> x  E-SERVE |
| Gordon D. Todd<br>Sidley Austin LLP<br>1501 K Street, N.W.<br>Washington, DC 20005<br>  *Of Attorneys for Plaintiff* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> x  E-SERVE |

*s/ Alexander C. Jones*
SARA VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Sara.VanLoh@doj.oregon.gov
alex.jones@doj.oregon.gov
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
           SV1/jc4/996799836

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000