# EXHIBIT A
# TO DECLARATION OF
# JAMES E. WINKLE
# FILED UNDER SEAL