# EXHIBIT B

# TO DECLARATION OF

# JAMES E. WINKLE

# FILED UNDER SEAL