Darin Sands, OSB No. 106624
dsands@bradleybernstein.com
BRADLEY BERNSTEIN SANDS LLP
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

David R. Carpenter*
drcarpenter@sidley.com
Caleb J. Bowers*
cbowers@sidley.com
Alexandra T. Mushka*
amushka@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213-896-6000
Facsimile: +1 213-896-6600

[Additional counsel on following page]

Attorneys for Plaintiff
NATIONAL ASSOCIATION OF
WHOLESALER-DISTRIBUTORS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,<br><br>Plaintiff,<br><br>v.<br><br>LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity; MATT DONEGAN, KAREN MOYNAHAN, MARK WEBB, AND SILVIA TANNER, in their official capacities as members of the Oregon Environmental Quality Commission,<br><br>Defendants. | Case No. 3:25-cv-01334-SB<br><br>**DECLARATION OF CALEB BOWERS IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL** |

DECLARATION OF CALEB BOWERS IN SUPPORT OF PLAINTIFF'S MOTION TO FILE
DOCUMENTS UNDER SEAL

Additional counsel for Plaintiff
National Association of Wholesaler-Distributors

Gordon D. Todd*
gtodd@sidley.com
Richard W. Smith*
rwsmith@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202-736-8000
Facsimile: +1 202-736-8711

*Pro hac vice

# DECLARATION OF CALEB BOWERS

I, Caleb J. Bowers, declare the following:

1. I am an attorney at Sidley Austin LLP, and I represent Plaintiff National Association of Wholesaler-Distributors ("Plaintiff" or "NAW") in this action. I am a citizen of the United States, over the age of 18 years, and I am competent to make this declaration based upon my personal knowledge. The following facts are within my own personal knowledge and, if called upon as a witness, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiff's Motion to File Document Under Seal (the "Motion").

3. Plaintiff requests the unredacted version of the Declaration of Ed Allen in support of Plaintiff's Motion for Preliminary Injunction (the "Declaration") be filed under seal. A redacted version of the Declaration was filed with the Motion for Preliminary Injunction and/or Temporary Restraining Order on November 24, 2025. Dkt. 35.

4. The unredacted version of the Declaration features confidential commercial information and trade secrets that would harm Mr. Allen's company and NAW if revealed publicly. The redactions in the publicly filed version of Mr. Allen's declaration are as narrow as possible to protect the confidential trade secret information.

5. A true and correct copy of the unredacted Declaration of Ed Allen in support of Plaintiff's Motion for Preliminary Injunction and/or Temporary Restraining Order is filed as a separate attachment to that Motion.

6. Plaintiff further requests that the two exhibits to the Declaration of James E. Winkle (Dkt. 36) be filed under seal. The exhibits to Mr. Winkle's declaration are draft contracts

DECLARATION OF CALEB BOWERS IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

between Mr. Winkle's business and the Circular Action Alliance. Based on the watermarks and confidentiality provisions in those contracts, Circular Action Alliance may claim confidentiality protection over the contracts. Therefore, while I do not believe the documents should be withheld from public view permanently, filing them under seal is appropriate at present.

    7.    True and correct copies of the two exhibits to the Declaration of James E. Winkle are filed as separate attachments to this Motion.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

    Executed on this 24th day of November 2025, in Los Angeles, California.

*[signature]*
_____
Caleb Bowers

DECLARATION OF CALEB BOWERS IN SUPPORT OF PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL