DAN RAYFIELD
Attorney General
SARA D. VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Sara.VanLoh@doj.oregon.gov
       Alex.Jones@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS , <br><br> Plaintiff, <br><br> v. <br><br> LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity; MATT DONEGAN, KAREN MOYNAHAN, MARK WEBB, AND SILVIA TANNER, in their official capacities, <br><br> Defendants. | Case No. 3:25-CV-01334-SI <br><br> DECLARATION OF SARA D. VAN LOH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Page 1 -   DECLARATION OF SARA D. VAN LOH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1005712787

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

I, Sara D. Van Loh, hereby declare:

1. I am an attorney licensed to practice law in the State of Oregon and in this Court. I am a Senior Assistant Attorney General for the Oregon Department of Justice. I am one of the attorneys assigned to represent Defendants in this matter. I make this declaration based on personal knowledge and I am competent to testify to the matters stated herein.

2. Attached to this declaration as Exhibit 1 is a true and correct copy of email correspondence between my office and counsel for Plaintiff, dated November 19, 2025, to November 21, 2025.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on December 22nd, 2025.

*s/ Sara D. Van Loh*
SARA D. VAN LOH

Page 2 - DECLARATION OF SARA D. VAN LOH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1005712787

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| From: | Taylor Jaszewski |
| --- | --- |
| To: | Sara D Van Loh; Darin Sands |
| Cc: | Carpenter, David R. (LA Partner); Bowers, Caleb J.; Alex Jones; Jaclyn Nolan |
| Subject: | RE: NAWD v. Feldon, et al, No. 3:25-cv-01334-SB - Conferral re Plaintiff"s Motion to File Documents Under Seal |
| Date: | Friday, November 21, 2025 4:30:37 PM |
| Attachments: | image001.png |

**\*CAUTION EXTERNAL EMAIL\* This email originated from outside of DOJ. Treat attachments and links with caution. \*CAUTION EXTERNAL EMAIL\***

Understood, thanks Sara. On the PPA and Oregon addendum, the CAA watermarked the drafts for each individual producer and could claim confidentiality protection over them. We disagree that these documents are entitled to confidentiality protection but believe they should be filed under seal without knowing CAA's position on that.

Taylor

**From:** Sara D. Van Loh <Sara.VanLoh@doj.oregon.gov>
**Sent:** Friday, November 21, 2025 3:59 PM
**To:** Darin Sands <dsands@bradleybernstein.com>; Taylor Jaszewski <tjaszewski@bradleybernstein.com>
**Cc:** Carpenter, David R. (LA Partner) <drcarpenter@sidley.com>; Bowers, Caleb J. <cbowers@sidley.com>; Jones Alex <Alex.Jones@doj.oregon.gov>; Jaclyn Nolan <Jaclyn.Nolan@doj.oregon.gov>
**Subject:** RE: NAWD v. Feldon, et al, No. 3:25-cv-01334-SB - Conferral re Plaintiff's Motion to File Documents Under Seal

Darin and Taylor,

Thank you for the additional information. In light of your representations, and without waiving any objections as to admissibility or otherwise, we do not oppose your filing the unredacted declaration under seal.

But we don't understand the Participant Producer Agreement consultation draft and the Oregon Addendum to be confidential. Can you please provide more information on why you intend to file those documents under seal?

-Sara

**Sara D. Van Loh**
Oregon Department of Justice
503.881.9008

**From:** Darin Sands <dsands@bradleybernstein.com>
**Sent:** Thursday, November 20, 2025 5:25 PM
**To:** Taylor Jaszewski <tjaszewski@bradleybernstein.com>; Sara D. Van Loh <Sara.VanLoh@doj.oregon.gov>
**Cc:** Carpenter, David R. (LA Partner) <drcarpenter@sidley.com>; Bowers, Caleb J.

<[cbowers@sidley.com](mailto:cbowers@sidley.com)>; Jones Alex <[Alex.Jones@doj.oregon.gov](mailto:Alex.Jones@doj.oregon.gov)>; Jaclyn Nolan <[Jaclyn.Nolan@doj.oregon.gov](mailto:Jaclyn.Nolan@doj.oregon.gov)>
**Subject:** Re: NAWD v. Feldon, et al, No. 3:25-cv-01334-SB - Conferral re Plaintiff's Motion to File Documents Under Seal

**\*CAUTION EXTERNAL EMAIL\*** This email originated from outside of DOJ. Treat attachments and links with caution. **\*CAUTION EXTERNAL EMAIL\***

One additional set of documents we will be filing under seal:

- The Oregon Addendum to the Participant Producer Agreement from CAA for a NAWD member
- The Participant Producer Agreement consultation draft

Both have confidentiality provisions.

---

**From:** Taylor Jaszewski <[tjaszewski@bradleybernstein.com](mailto:tjaszewski@bradleybernstein.com)>
**Sent:** Thursday, November 20, 2025 4:28 PM
**To:** Sara D. Van Loh <[Sara.VanLoh@doj.oregon.gov](mailto:Sara.VanLoh@doj.oregon.gov)>
**Cc:** Darin Sands <[dsands@bradleybernstein.com](mailto:dsands@bradleybernstein.com)>; Carpenter, David R. (LA Partner) <[drcarpenter@sidley.com](mailto:drcarpenter@sidley.com)>; Bowers, Caleb J. <[cbowers@sidley.com](mailto:cbowers@sidley.com)>; Jones Alex <[Alex.Jones@doj.oregon.gov](mailto:Alex.Jones@doj.oregon.gov)>; Jaclyn Nolan <[Jaclyn.Nolan@doj.oregon.gov](mailto:Jaclyn.Nolan@doj.oregon.gov)>
**Subject:** RE: NAWD v. Feldon, et al, No. 3:25-cv-01334-SB - Conferral re Plaintiff's Motion to File Documents Under Seal

Sara, Alex, and Jaclyn,

Thanks for the response. We are planning to seal an unredacted declaration supporting the motion for PI from a member of NAWD to describe the impacts the EPR has on their business. This includes sensitive commercial information, such as the member's pricing data, profit margins, revenue from particular geographic markets, and the effect those items has on their business strategy. The specific items are limited and as follows:

- The member's annual revenue and the percentage of that revenue originating in Oregon
- A table of individual products offered by the member, their prices, the margin on those items, and the margin adjusted for the EPR fee.
- The member's strategy regarding implementing price increases for its products in response to the EPR.
- An example of a customer of the member who would not be able to absorb cost increases due to EPR fees and the resulting strategic impact that has on the member.

Declaration of Sara D. Van Loh
Exhibit 1, Page 2 of 5

We intend to file a public version of this declaration with redactions for the commercially sensitive information. A motion to file a document under seal will be filed concurrently with the unredacted version of the declaration as an exhibit.

Best,

Taylor

**Taylor Jaszewski**

(he / him)

Bradley Bernstein Sands LLP

T 510-591-6325

tjaszewski@bradleybernstein.com



**From:** Sara D. Van Loh <Sara.VanLoh@doj.oregon.gov>
**Sent:** Wednesday, November 19, 2025 4:47 PM
**To:** Taylor Jaszewski <tjaszewski@bradleybernstein.com>
**Cc:** Darin Sands <dsands@bradleybernstein.com>; Carpenter, David R. (LA Partner) <drcarpenter@sidley.com>; Bowers, Caleb J. <cbowers@sidley.com>; Jones Alex <Alex.Jones@doj.oregon.gov>; Jaclyn Nolan <Jaclyn.Nolan@doj.oregon.gov>
**Subject:** RE: NAWD v. Feldon, et al, No. 3:25-cv-01334-SB - Conferral re Plaintiff's Motion to File Documents Under Seal

Hi Taylor,

Without seeing the motion or the information you're seeking to seal, I don't think we can agree that the motion is unopposed. Would you be able to send us a copy of the motion? Or at least provide a little more information about what you'd like to seal and why?

Also, can you please copy Alex Jones and Jaclyn Nolan from my office on all communications going forward? We'd appreciate it.

Thank you,

Sara

**Sara D. Van Loh**

Oregon Department of Justice

503.881.9008

---

**From:** Taylor Jaszewski <tjaszewski@bradleybernstein.com>
**Sent:** Wednesday, November 19, 2025 10:27 AM
**To:** Sara D. Van Loh <Sara.VanLoh@doj.oregon.gov>
**Cc:** Darin Sands <dsands@bradleybernstein.com>; Carpenter, David R. (LA Partner) <drcarpenter@sidley.com>; Bowers, Caleb J. <cbowers@sidley.com>
**Subject:** NAWD v. Feldon, et al, No. 3:25-cv-01334-SB - Conferral re Plaintiff's Motion to File Documents Under Seal

> You don't often get email from tjaszewski@bradleybernstein.com. Learn why this is important
> **\*CAUTION EXTERNAL EMAIL\* This email originated from outside of DOJ. Treat attachments and links with caution. \*CAUTION EXTERNAL EMAIL\***

Sara,

I'm an attorney working with Darin Sands on the *NAWD* case. We are planning to file a declaration supporting the motion for preliminary injunction under seal as it contains confidential commercial

information. Per Local Rule 7-1, can we certify that the motion to file under seal is unopposed? We are available to confer on this as needed.

Best,

Taylor

**Taylor Jaszewski**

(he / him)

Bradley Bernstein Sands LLP

T 510-591-6325

tjaszewski@bradleybernstein.com

***** CONFIDENTIALITY NOTICE ***** This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system.
************************************

***** CONFIDENTIALITY NOTICE ***** This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system. ************************************