DAN RAYFIELD
Attorney General
SARA D. VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Sara.VanLoh@doj.oregon.gov
       Alex.Jones@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS , <br><br> Plaintiff, <br><br> v. <br><br> LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity; MATT DONEGAN, KAREN MOYNAHAN, MARK WEBB, AND SILVIA TANNER, in their official capacities, <br><br> Defendants. | Case No. 3:25-CV-01334-SI <br><br> DECLARATION OF KRISTAN S. MITCHELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Page 1 -   DECLARATION OF KRISTAN S. MITCHELL IN SUPPORT OF DEFENDANTS'
    OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

I, Kristan S. Mitchell hereby declare:

1.	I am the Executive Director and CEO for the Oregon Refuse and Recycling Association (ORRA).  I began working for ORRA in May 1992, first as the Governmental Affairs Director, and in my current role since 2007.

2.	I make this declaration based on my personal knowledge and am competent to testify to the matters asserted herein.

3.	Established in 1965, ORRA is a 501(c)(6) trade association representing a voluntary membership of solid waste management companies in Oregon.  ORRA members collect and process most of Oregon's residential and commercial refuse and recyclables, as well as operate commingled recycling processing facilities (CRPFs), compost facilities, and many of Oregon's municipal solid waste transfer stations and landfills.

4.	ORRA members serve as the solid waste and recycling service providers for the majority of Oregon cities and counties, and for the citizens of those communities.

5.	In the fall of 2017, ORRA and its members believed there would be a major disruption in international recycling markets, due to the largest market, China, signaling that in January 2018 it would implement the "National Sword" - new contamination standards that would be impossible for suppliers to meet.  This came true.

6.	To respond to the market crisis caused by "National Sword," the Oregon Department of Environmental Quality (DEQ) established the Recycling Steering Committee (RSC), comprised of the entire supply chain of Oregon's recycling collection and processing programs, as well as representatives from the Association of Oregon Recyclers, a Northwest paper mill, a Portland-area plastics processor, and The Recycling Partnership, a national voluntary producer responsibility association.

Page 2 -	DECLARATION OF KRISTAN S. MITCHELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

7.  While the RSC formed originally to respond to the worldwide recycling market crisis, it evolved into broader discussions about modernizing Oregon's recycling system. I served on the RSC.

8.  After over two and a half years of meetings, the RSC reached consensus on an approach to modernize Oregon's recycling system, which culminated in a bill concept the Oregon Legislature enacted into law in 2021 - the Plastic Pollution and Recycling Modernization Act (RMA). ORRA and its members participated in the legislative process related to the bill.

9.  The RMA is a first-of-its-kind law in the United States, one that requires the shared responsibility of all participants in Oregon's recycling system to be successful, including citizens, local governments (LGs) and their designated service providers, commingled recycling processing facilities (CRPFs), recycling end markets, and the producers of products covered by the law.

10. Under the RMA, those producers have a role in ensuring their products are handled appropriately at end-of-life, whether via recovery and recycling, or through disposal. This is often referred to as extended producer responsibility (EPR). While EPR at this level is new to Oregon[1], and to the United States, it has existed in most Canadian provinces and throughout the European Union (EU) for decades. Producers that operate in Canadian or EU markets are not new to these types of requirements.

11. Implementation of the RMA began in 2022, with numerous task force and rulemaking efforts working to set up the systems needed to make the law work. Local governments – cities, counties, and the Metropolitan Service District – conducted needs

---

[1] Other EPR programs are not new to Oregon. Some call the Oregon Bottle Bill, passed in 1971, the first EPR program. DEQ programs that are more similar to the EPR embedded in the RMA include: E-Cycles for electronics; PaintCare for architectural paints; Drug Take Back Program to safely manage pharmaceuticals, and; the Mattress Recycling Program. https://www.oregon.gov/deq/mm/pages/default.aspx. Producers engaged in these programs have helped fund the diversion of these various product streams to recovery, or to more environmentally responsible disposal.

Page 3 -   DECLARATION OF KRISTAN S. MITCHELL IN SUPPORT OF DEFENDANTS'
           OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
   SV1/jc4/1006915672
                        Department of Justice
                        100 SW Market Street
                        Portland, OR 97201
                    (971) 673-1880 / Fax: (971) 673-5000

assessments to determine gaps in the current system that the RMA was designed to fill, mostly through producer funding. ORRA members, as designated local government service providers, assisted in providing this information.

12. Since this producer role is new in Oregon, much of the implementation effort focused on how producer obligations would be fulfilled through a Producer Responsibility Organization (PRO). The RMA establishes that the PRO will determine the funds necessary to meet the requirements of the law, and set the fees charged to producers. Participating through the PRO allows producers to keep business information confidential and protected from public disclosure.

13. The RMA allows for the establishment of multiple PROs, and initially, three PROs entered discussions to participate in the RMA. In the end, only one PRO - Circular Action Alliance (CAA) – submitted a plan that was approved by DEQ.

14. On July 1, 2025, the RMA became effective. Soon thereafter, local governments (LGs), in many cases through their designated service providers, began submitting invoices for RMA-authorized funding, such as costs related to contamination reduction efforts and reimbursement for transporting eligible recycling materials over 50 miles to deliver to a commingled recycling processing facility (CRPF) or end market. Those LGs in the "Priority A" category for enhanced recycling programs, again through the designated service providers, began ordering trucks and other needed equipment to prepare for offering new recycling services in their communities. CRPFs began submitting invoices for the two categories of funds available for their operations – the Processor Commodity Risk Fee, and the Contamination Management Fee. These fees are designed to compensate CRPFs for processing costs and to manage commodity market fluctuations, in order to stabilize rates charged by CRPFs to protect Oregon ratepayers.

15. All of these costs were projected by CAA in its DEQ-approved plan for the years 2025-2027. The DEQ-approved CAA plan allocates $84,251,416 for reimbursements to local

Page 4 - DECLARATION OF KRISTAN S. MITCHELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

governments and their designated solid waste service providers. (**See Table 1**) These funds are intended to cover costs for containers, trucks, depots, and reload facilities necessary to implement expanded recycling services under the RMA as well as for annual operating and education expenditures. Local governments and service providers have already incurred expenses and made commitments in reliance on these reimbursements. If the injunction is granted, these entities will be left without the anticipated funding, creating significant financial strain and jeopardizing their ability to deliver the enhanced recycling programs promised to their communities.

## TABLE 1: LOCAL GOVERNMENT FUNDING SCHEDULE[2]

**By Expenditure Type**

| Expenditure Type | Amount |
|---|---|
| Annual Operating & Education | $2,725,901 |
| Containers | $25,739,197 |
| Trucks | $43,659,700 |
| Depots | $2,626,607 |
| Reload Facilities | $9,500,000 |
| **TOTAL** | **$84,251,405** |

16. In addition, the DEQ-approved CAA plan budgets $185.2 million between 2025 and 2027 for reimbursements to CRPFs to compensate them for receiving and sorting covered materials, disposing of contaminants and residue, managing material cost fluctuations, and implementing facility improvements required to meet CRPF RMA requirements. Of that amount, $32.9 million is allocated for 2025, $71.1 million for 2026, and $81.2 million for 2027.[3]

---

[2] Circular Action Alliance, Oregon Producer Responsibility Organization Program Plan 2025–2027 (approved by Oregon Environmental Quality Commission February 21, 2025), page 42. Available at CAAApprovedPlan.pdf.

[3] Id. At Appendix E, page 50.

Page 5 -   DECLARATION OF KRISTAN S. MITCHELL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

CRPFs have already contracted for construction, equipment, technology and property acquisitions based on these commitments. Suspending these reimbursements would leave CRPFs with substantial unfunded obligations, threatening not only the infrastructure improvements essential to achieving the goals of the RMA, but also adversely the financial stability required to provide current recycling materials to market.

17. ORRA members will be significantly harmed if the court grants the preliminary injunction sought by the plaintiff. For the LG-designated service providers, the costs they are incurring, or have incurred, were based on their reliance on CAA's approval of the planned spending, and CAA's agreement to reimburse them for the expenditures. For the CRPFs, they have adjusted pricing and are making investments, or are planning significant investments, based on the payments of the Processor Commodity Risk Fee and the Contamination Management Fee, to meet RMA requirements, and in accordance with CAA's Plan. These companies relied on the existence of the CAA reimbursements for these expenditures.

18. In addition to the devastating effect of nonpayment of these approved costs, there are the more difficult to quantify, but very real costs to Oregonians' view of the value of participating in recycling programs. Oregon has been working to regain public trust that was damaged back in 2018 when international markets collapsed, an effort that was codified in the RMA. Recycling education campaigns that rolled out leading up to and continuing since the July 1, 2025, RMA kick off date have ramped up public attention to new and expanded recycling program changes across the state. To hit "pause" on those efforts risks eroding the public's confidence that these programs can be trusted.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on December 17, 2025.

_____
KRISTAN S. MITCHELL

Page 6 -   DECLARATION OF KRISTAN S. MITCHELL IN SUPPORT OF DEFENDANTS'
            OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
        SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000