DAN RAYFIELD
Attorney General
SARA D. VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Sara.VanLoh@doj.oregon.gov
       Alex.Jones@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,<br><br>    Plaintiff,<br><br>v.<br><br>LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity; MATT DONEGAN, KAREN MOYNAHAN, MARK WEBB, AND SILVIA TANNER, in their official capacities,<br><br>    Defendants. | Case No. 3:25-CV-01334-SI<br><br>DECLARATION OF DORI JOHN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Page 1 -   DECLARATION OF DORI JOHN IN SUPPORT OF DEFENDANTS' OPPOSITION TO
          PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
     SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

I, Dori John, hereby declare:

1. I am the President and General Manager of Roseburg Disposal Co., a provider of solid waste collection services to the central Douglas County region.

2. I make this declaration based on my personal knowledge and am competent to testify to the matters asserted herein.

3. Roseburg Disposal Co. is the sole franchisee of the City of Roseburg authorized to provide all collection, storage, transportation, transfer or disposal of solid waste and recycling to the citizens of the city.

4. Roseburg Disposal Co. was founded in 1932 by Norm and Orville John during the Great Depression. The company has remained in the John family and has been a pioneer in waste management innovation, introducing significant advancements such as Oregon's second compactor truck in 1946 and the first front-load truck south of Portland in 1966. Under the leadership of my father, Doug John, the company maintained a strong focus on ethical practices and community involvement, donating time, money and effort by serving on various boards and organizations. Today, Roseburg Disposal Co. proudly continues that tradition, carrying forward the family legacy of providing reliable and innovative solid waste management solutions while remaining an active and supportive part of our community.

5. Roseburg has been identified as a Priority A Community under the Producer Responsibility Organization (PRO) Plan of Circular Action Alliance (CAA). The Oregon Environmental Quality Commission adopted CAA's Plan on February 21, 2025. Designation as a "Priority A" Community. This classification reflects that our city has a reduced curbside recycling program, consisting of the collection of a limited number of sorted recyclable materials in 14-gallon recycle bins and was selected to be among the earliest adopters of the expanded commingled recycling services required under the RMA. It also means that as Roseburg's designated service provider, CAA has approved our purchase of trucks and equipment, and other expenditures to comply with the RMA.

Page 2 -   DECLARATION OF DORI JOHN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

6. To comply with the Recycling Modernization Act (RMA) and based upon the advance approval by CAA of investments, and in reliance on CAA's reimbursement, Roseburg Disposal Co. committed significant resources toward acquiring new equipment, including containers, trucks, carts, tubs, and a forklift, as well as planning for a robotic contamination-reduction system. These investments were made solely because of the program's requirements and in reliance on assurances from CAA that these costs would be reimbursed. Below is a list of items related to the RMA recycling program rollout, and the reimbursement amounts committed by CAA:

| ITEM | CAA Committed Reimbursement |
|---|---|
| Containers/drop boxes | $313,871 |
| 2 Peterbilt Garbage Trucks | $891,501 |
| Tubs | $130,000 |
| Carts | $582,050 |
| Forklift | $74,978 |
| **TOTAL** | **$1,992,400** |

7. Roseburg Disposal Co. acted based on CAA's prior approval of these expenses, and the City of Roseburg likewise endorsed program adjustments to comply with RMA requirements. Should CAA decline reimbursement for these pre-approved costs, I would be forced to request rate adjustments from the Roseburg City Council—a step that would place an undue burden on local residents. Roseburg is a rural Oregon community with limited financial flexibility, and I firmly believe the Council would not have agreed to transition under the RMA without assurances from CAA that these initial expenditures would be covered. An injunction halting reimbursements would impose severe financial strain on Roseburg Disposal Co., and ultimately burden local residents who depend on affordable waste and recycling services. Our expenditures were made in good faith, based on commitments from CAA and DEQ. During

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

the 2025 fiscal year, Roseburg Disposal Co. has spent or is obligated to spend $1,992,400.

8. Roseburg Disposal Co. has invested considerable time and effort in educating our customers and the broader community about the enhanced recycling services promised under the RMA. We have conducted outreach, answered questions, and built trust by assuring residents that these improvements were imminent. If the program is halted through an injunction, that trust will be eroded, and our reputation as a reliable and transparent service provider will suffer significant harm. Customers will perceive the disruption as a failure on our part, despite our reliance on CAA's commitments, undermining decades of goodwill and community confidence in our company.

9. Roseburg Disposal Co. is a small, independent waste provider and would be challenged to manage this significant unanticipated capital expense without burdensome debt and associated financial harm.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on December 17, 2025.

_____
Dori John

Page 4 - DECLARATION OF DORI JOHN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000