DAN RAYFIELD
Attorney General
SARA D. VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Sara.VanLoh@doj.oregon.gov
        Alex.Jones@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS ,<br><br>Plaintiff,<br><br>v.<br><br>LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity; MATT DONEGAN, KAREN MOYNAHAN, MARK WEBB, AND SILVIA TANNER, in their official capacities,<br><br>Defendants. | Case No. 3:25-CV-01334-SI<br><br>DECLARATION OF ROBERT THOMPSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Page 1 -   DECLARATION OF ROBERT THOMPSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO
           PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

I, Rob Thompson, hereby declare:

1. I am the Owner and President of Thompson Sanitary Service, a provider of waste removal services Newport, Oregon and surrounding areas in Lincoln County.

2. I make this declaration based on my personal knowledge and am competent to testify to the matters asserted herein.

3. Thompson Sanitary Service is the franchised Hauler for the City of Newport, Oregon as well as a solid waste hauler serving other sections of Lincoln County. We are authorized to provide all collection, storage, transportation, transfer or disposal of solid waste.

4. In 1963 my grandparents, Ken and Agnes Thompson, launched Thompson's Sanitary Service in Newport with two dump trucks, a handful of employees, and their home as the base of operations, handling billing and dispatch from the kitchen pantry. In 1983, my parents, Bob and Sandi Thompson, took over the business. Under their leadership, the company modernized, transitioning from handwritten to computer-generated billing in the 1980s and relocating to a new facility on Avery Street in 2004. In 2007 Bob and Sandi passed the business to me and my brother Ken, marking the start of third-generation ownership. Ken and I both worked in the business from a young age, doing tasks like stacking newspapers and baling cardboard. My family and I are proud to continue a legacy of excellent customer service, innovative waste management solutions, and reliable operations, while remaining an active and supportive part of our community, and a partner with fellow solid waste service providers in Lincoln County.

5. Under the Producer Responsibility Organization Plan approved by the Oregon Environmental Quality Commission on February 21, 2025, Thompson Sanitary Service, as the

Page 2 -   DECLARATION OF ROBERT THOMPSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

authorized hauler for the City of Newport, is budgeted to receive $123,000 for containers, $450,100 for a new truck, and $200,000 to improve our reload facility—for a total of $823,100 in reimbursement from CAA. [1]

6. To comply with the Recycling Modernization Act, Thompson Sanitary Service has committed significant resources to acquire new equipment, including containers, carts, and other necessary infrastructure. We have spent over $30,000 improving our public recycling depot to accommodate new commodities, as well as over $50,000 improving the parking and access to the depot itself. We have hired staff to operate the depot and provide the public with recycling information and contamination controls. These investments were made to advance the services required under the RMA and with the expectation that they would be reimbursed by CAA under the adopted PRO Plan.

7. An injunction halting reimbursements would impose severe financial strain on Thompson Sanitary Service and ultimately burden customers who depend on affordable waste and recycling services. Thompson Sanitary Service anticipates receiving nearly $100,000 in cost reimbursements in 2026, all of which will directly impact the ratepayer. Without these funds, we would need to seek a rate increase from the City of Newport to cover unreimbursed costs, placing an unanticipated burden on our customers contrary to all prior messaging. This would damage our credibility in the community and create confusion and discontent about Oregon's recycling system, which was intended to provide clarity and consistency statewide.

8. Our expenditures were made in good faith, based on commitments from CAA and DEQ. Thompson Sanitary Service has spent or is obligated to spend $80,000. We are a small,

---

[1] Circular Action Alliance, Oregon Producer Responsibility Organization Program Plan 2025–2027 (approved by Oregon Environmental Quality Commission February 21, 2025). at 38. Available at https://www.oregon.gov/deq/recycling/Documents/CAAApprovedPlan.pdf.

Page 3 -   DECLARATION OF ROBERT THOMPSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

independent waste provider and cannot shoulder these expenditures without burdensome debt and associated financial harm.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on December   18th  , 2025.

_____
Rob Thomspon

Page 4 -   DECLARATION OF ROBERT THOMPSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000