DAN RAYFIELD
Attorney General
SARA D. VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Sara.VanLoh@doj.oregon.gov
　　　　Alex.Jones@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity; MATT DONEGAN, KAREN MOYNAHAN, MARK WEBB, AND SILVIA TANNER, in their official capacities,<br><br>　　　　Defendants. | Case No. 3:25-CV-01334-SI<br><br>DECLARATION OF SAM MILLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Page 1 -   DECLARATION OF SAM MILLER IN SUPPORT OF DEFENDANTS' OPPOSITION
　　　　　　TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
　　　　SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

I, Sam Miller, hereby declare:

1. I am the owner of Apex Recycling & Disposal, which is a solid waste and recycling collection company that has operated in the Eugene area of Lane County, Oregon for over 45 years.

2. I make this declaration based on my personal knowledge and am competent to testify to the matters asserted herein.

3. Apex Disposal Recycling & Disposal is a solid waste company licensed to provide collection, storage, transportation, transfer or disposal of solid waste to the citizens within our operational area.

4. Four generations of our family have been involved in the waste industry over the last 77 years seeking to utilize progressive ideas to deliver services that reduce the effect solid waste has in our communities. My grandfather, Samuel Miller, started a garbage route in 1948 in Portland Oregon by not just picking up waste but sorting materials to recover what could be reused and only dispose of what was necessary. In 1979, my father, Arnold Miller, purchased Apex Disposal Service in Eugene, Oregon intending to put down permanent roots and serve his new community by providing recycling service to his customers before it was ever required by law. I am our family's third generation in the solid waste business and have two of my children who are working in our company looking to lead our company in the future.

5. We are a local company who believe in strong relationships and strengthening our community's economy and environment by providing people with the opportunity to impact the sustainability and health of their community through the services and education we provide.

6. Apex Recycling & Disposal financed a $3.2 million modernization of our fleet of trucks to reduce our impact on the environment in our community. The monthly equipment payments for these new trucks exceed $63,000. This was done in reliance upon the commitment that because of the Recycling Modernization Act, there would be no tipping fees

Page 2 -   DECLARATION OF SAM MILLER IN SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

for recyclable materials. This understanding was foundational to our decision to modernize our trucks.

7. An injunction would force those operating recycling processing facilities to charge tipping fees for recyclable materials where currently there are none. If these companies reinstate tipping fees for recycling our company would pay over $60,000 per month in these fees.

8. If this injunction was granted in 2026, our company would have no mechanism to recoup these fees for at least 1 year due to our city's rate review process. This would mean our company would have to bear the burden of an additional $600,000 in expense with no ability to recover those expenses for 2026.

9. I can afford to either make my truck payments, or pay tipping fees for recyclable materials, but not both. We are a small, independent waste services provider and would face significant challenges to manage existing debt and associated financial harm from a significant new cost that is contrary to existing commitments.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on December 17, 2025.

_____
Sam Miller

Page 3 - DECLARATION OF SAM MILLER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000