IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS, <br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity; MATT DONEGAN, KAREN MOYNAHAN, MARK WEBB, AND SILVIA TANNER, in their official capacities,<br><br>　　　　Defendants. | Case No. 3:25-CV-01334-SI<br><br>DECLARATION OF SCOTT JENKINS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

I, Scott Jenkins, declare as follows:

1. I am the President and CEO of Environmental Fibers International, Inc. ("EFI Recycling"), a commercial recycling and waste facility located in Portland, Oregon.

2. I am over the age of eighteen and I have personal knowledge of each fact stated in this declaration. If called to testify, I could testify competently thereto. I make this declaration in support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction.

3. EFI is a family-owned company and is a permitted Commingled Recycling Processing Facility (CRPF) operating under Oregon's Recycling Modernization Act (RMA). We have aligned our operations, strategy, and planning with the RMA since its passage in 2021, following years of stakeholder engagement beginning in 2018.

4. EFI has committed several million dollars toward infrastructure upgrades and technology improvements to its processing facility to prepare to comply with the RMA's 2028 benchmarks for quality standards.

5. Pausing or delaying the RMA would severely jeopardize EFI's operations, curtail our already committed capital improvements, create uncertainty for compliance in the marketplace, and undermine our workforce development initiatives tied to equity and sustainability under the RMA.

6. The RMA was designed, among other things, to support equitable labor outcomes with living wage objectives. Removing living wage and supportive wage benefits for inner-city jobs where our facility is located is concerning and goes against one of the key objectives of this Act. An injunction would further erode progress towards these inclusive workforce goals.

7. The RMA's Producer Responsibility Organization (PRO) model is incentive-driven. It allows producers to reduce fees if they improve on the recyclability of their packaging— through better material choices, design-for-recycling, and clearer labeling. Pausing or delaying the program undermines these economic signals and could allow producers to avoid adopting better packaging methods. "Modernization" is in the name of the Act and should be encouraged

through these types of fee reduction incentives for producers.  The RMA shifts the system from "pay later" to "design better now," which is critical for reducing waste and improving recovery.

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 18th December 2025.

By: _____
Scott Jenkins