DAN RAYFIELD
Attorney General
SARA D. VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Sara.VanLoh@doj.oregon.gov
         Alex.Jones@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS, <br><br> Plaintiff, <br><br> v. <br><br> LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity; MATT DONEGAN, KAREN MOYNAHAN, MARK WEBB, AND SILVIA TANNER, in their official capacities, <br><br> Defendants. | Case No. 3:25-CV-01334-SI <br><br> DECLARATION OF STEPHEN HENRY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Page 1 -   DECLARATION OF STEPHEN HENRY IN SUPPORT OF DEFENDANTS'
           OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
   SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

I, Stephen Henry, hereby declare:

1. I am the President of Baker Sanitary Service (BSS), a provider of solid waste collection, recycling, industrial drop box, portable toilet, and septic services located in Baker City, Oregon.

2. I make this declaration based on my personal knowledge and am competent to testify to the matters asserted herein.

3. Baker Sanitary Service is the Exclusive Franchisee of Baker City authorized to collect and transport over the streets and public ways of the city, for hire, all waste materials, refuse, or recyclables ordinarily and customarily discarded from residences, commercial and industrial establishments within the city.

4. Baker Sanitary Service is a family-owned and operated business that has served Baker City since 1962 when my grandfather started the business with his father-in-law. My family has continued the tradition of providing quality solid waste collection and disposal services to Baker County and are one the few remaining independent providers in the state to own and operate a municipal solid waste landfill. Our landfill provides a disposal location for a majority of eastern Oregon's solid waste volumes. In addition to solid waste collection and disposal, we have provided Baker County with recycling services since 1992. Given the distance to recycling markets and a relatively low population base, Baker City is a challenging market to provide state-required recycling services without a significant cost burden placed on our residents and customers. Accordingly, on-route recycling collection had not been a service we could offer Baker City residents in our 63 years of operating the business.

5. Baker City has been identified as a Priority A Community under the Producer Responsibility Organization (PRO) Plan of Circular Action Alliance (CAA). The Oregon Environmental Quality Commission adopted CAA's Plan on February 21, 2025. Designation as a "Priority A" Community means that Baker City will be among the first communities to

Page 2 -   DECLARATION OF STEPHEN HENRY IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

implement new programming under the Recycling Modernization Act (RMA). It also means that as Baker City's designated service provider, CAA has approved Baker Sanitary Service's purchase of trucks and equipment, as well as other expenditures needed to comply with the RMA.

6. As a Priority A Community, Baker Sanitary Service has already placed orders with General Equipment for two new trucks. Those orders cannot be canceled and our total financial obligation for those trucks is $825,353. These trucks are expected to be delivered and paid for in March 2026.

7. To comply with the requirements of the RMA, Baker Sanitary Service has converted its main depot to receive all commingled recyclable materials on the Uniform Statewide Commingled List (USCL) with the expectation the transportation reimbursements would be available to offset the additional costs associated with transportation of commingled material, as well as lost revenue from our existing source-segregated recycling that did not meet requirements of the full USCL.

8. To provide curbside collection service of USCL recyclables to be compliant under the RMA, Baker Sanitary Service has placed an order for containers for residential and commercial collection services. Baker Sanitary Service expects the total cost of containers to provide the curbside collection programs for recyclable materials to be $297,397. Prepayment for the containers is planned to be made in February 2026, with container delivery in March 2026.

9. To provide a system for glass recycling in eastern Oregon, at CAA's direction and approval, Baker Sanitary Service contracted with a local contractor to construct a glass bunker to be used as a staging area for recyclable material. In addition to internal labor and equipment usage, Baker Sanitary Service had $10,627.68 of external costs for this project in October 2025. To date, $0 have been reimbursed by CAA.

Page 3 - DECLARATION OF STEPHEN HENRY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

10. Baker Sanitary Service relied on CAA's approval of these costs, as did the Baker City Council in approving program changes to align with RMA requirements. If CAA does not reimburse Baker Sanitary Service for these pre-approved expenditures, I will have to seek approval from the Baker City Council to recover these costs through rate increases, which is unfair to the citizens of Baker City. If those rate requests were to be denied, Baker Sanitary Service will suffer loss and harm to the business. The City Council would not have approved Baker City's transition to on-route commingled recycling without the requirements of the RMA and a commitment from CAA that such expenditures would be reimbursed.

11. Granting the plaintiff's motion for injunction would cause financial harm to Baker Sanitary Service and, by extension, to Baker Sanitary Service's rate-paying customers, by preventing reimbursement for expenditures made in good faith to fulfill its obligations as the solid waste franchise holder for Baker City. These expenditures were made in reliance on commitments from the CAA that such costs would be reimbursed. During the 2025 fiscal year, Baker Sanitary Service spent $10,627.68 and has committed or commenced expenditures for 2026 totaling $1,122,750. Baker Sanitary Service is a small, independent waste provider and would be challenged to manage this significant unanticipated capital expense without burdensome debt and associated financial harm.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on December 17, 2025.

Stephen Henry

Page 4 - DECLARATION OF STEPHEN HENRY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
SV1/jc4/1006915672

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000