DAN RAYFIELD
Attorney General
SARA D. VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Sara.VanLoh@doj.oregon.gov
       Alex.Jones@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS, <br><br> Plaintiff, <br><br> v. <br><br> LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity; MATT DONEGAN, KAREN MOYNAHAN, MARK WEBB, AND SILVIA TANNER, in their official capacities, <br><br> Defendants. | Case No. 3:25-CV-01334-SI <br><br> DECLARATION OF R. EBEN POLK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

Page 1 - DECLARATION OF R. EBEN POLK IN SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

I, R. Eben Polk hereby declare:

1. I am the Solid Waste and Recycling Division Manager for the City of Portland Bureau of Planning and Sustainability. I have had this position since 2023. In this capacity, I manage the work of three teams that administer and regulate three waste collection systems in Portland, develop waste reduction policy and programs, and provide technical assistance and education to thousands of businesses, residents, schools and property managers every year to support recycling, access to waste systems, and waste reduction opportunities.

2. I make this declaration based on my personal knowledge and am competent to testify to the matters asserted herein.

3. The City of Portland, Oregon, regulates and administers waste and recycling collection systems on behalf of its residential and commercial customers throughout the city.

4. The City is responsible under the terms of the Plastic Pollution and Recycling Modernization Act (RMA) to engage in specific activities funded by the Producer Responsibility Organization, including activities to reduce recycling contamination and to support the expansion of recycling opportunities. In this role we work closely with permitted and franchised waste collection service providers and community partners.

5. The RMA emerged from nearly three years of critical discussions in response to the disruptions in recycling markets and systems caused by China's "National Sword" policy in 2018, and the need for Oregon's recycling system to modernize and invest in improvements in collection and sorting. Participants across the private and public sector involved in recycling in Oregon, including the City of Portland, recognized the need for significant investments in Oregon's recycling system to improve access to recycling. At the same time, these stakeholders sought to reduce contamination to protect opportunities to meaningfully recycle materials, and to adopt policies to ensure that our recycling would be managed responsibly at the end of its life. It became and remains clear that accomplishing these goals would require meaningful participation and support from producers of packaging.

Page 2 -    DECLARATION OF R. EBEN POLK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

6. In 2021 the Oregon legislature signaled its willingness to lead in addressing these issues by passing the RMA, requiring the shared responsibility of all participants in Oregon's recycling system, including residents, businesses, local governments (LGs) and their designated service providers, commingled recycling processing facilities (CRPFs), recycling end markets, and crucially, the producers of products covered by the law.

7. Under the RMA, those producers have a role in ensuring their products are handled appropriately at end-of-life, whether via recovery and recycling, or through disposal. This is often referred to as extended producer responsibility (EPR). While EPR for packaging materials is new to Oregon, and to the United States, EPR is a long-standing model in Oregon and elsewhere in the United States that gives producers a voice and a responsibility in managing the end of life for several types of materials. Specifically for packaging materials, producers that operate in Canadian or EU markets have encountered these types of requirements—including many producers that also operate in the US.

8. Implementation of the RMA began in 2022, with numerous task force and rulemaking efforts working to set up the systems needed to make the law work. Local governments, including the City of Portland, conducted needs assessments to determine gaps in the current system that the RMA was designed to fill, mostly through producer funding.

9. Much of the implementation effort since 2022 has focused on how producer obligations are fulfilled through a Producer Responsibility Organization (PRO). The RMA establishes that the PRO will collect the funds necessary to meet the requirements of the law and the administrative rules adopted under the law. The PRO must be a non-profit and its existence and mission are predicated upon the RMA statute and rules. Participating through the PRO allows producers to keep business information confidential and protected from public disclosure.

10. The RMA allows for the establishment of multiple PROs. Covered producers may opt to share a PRO or establish a PRO covering a portion of the overall packaging market. Only one PRO - Circular Action Alliance (CAA) – has submitted a plan approved by DEQ.

Page 3 -    DECLARATION OF R. EBEN POLK IN SUPPORT OF DEFENDANTS' OPPOSITION
             TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

11. On July 1, 2025, the RMA's provisions became effective. Soon thereafter, LGs, including Portland, and their designated service providers began incurring costs eligible for reimbursement by a PRO under the RMA. These include costs to plan and implement contamination reduction efforts and, for Portland, the collection of recyclable glass due for incentive payments pursuant to CAA's approved PRO plan.

12. Contamination reduction and system expansion costs in CAA's PRO plan were approved by DEQ for the years 2025-2027 and are intended to cover costs to expand or maintain recycling services as well as for educational costs. Portland has begun to incur reimbursable costs and has made spending commitments in reliance on these expected reimbursements. If the injunction is granted, the City and its service providers will be left without the anticipated funding, creating significant financial strain and jeopardizing the City's ability to deliver enhanced recycling programs promised to its community.

13. The City of Portland and its residents and businesses will be significantly harmed if the court grants the preliminary injunction sought by the plaintiff. We are relying on the investments outlined by CAA and required by DEQ within the PRO plan to improve recycling opportunities and to meet requirements for contamination reduction activities. In Portland specifically, we have budgeted for and hired staff to implement contamination reduction activities and are planning to spend up to $1.9M this year and in each of the next 3 years to improve recycling quality. We are also collecting glass for recycling which is eligible for incentives from CAA, the value of which is already included in garbage and recycling fees for over 150,000 recycling customers in the city. The loss of these collection incentives would cause financial harm to our collection system. We are also relying on CAA to establish approximately 14 new drop-off locations in Portland.

14. Disruption in the implementation of the RMA may also damage the essential task of building trust in recycling, and damage to the commitment to meaningful recycling that communities, local governments, the State of Oregon, and packaging producers share. Packaging

Page 4 -   DECLARATION OF R. EBEN POLK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

producers are on record as valuing and supporting recycling and now need the opportunity to deliver on that support as established in the RMA. Recycling education campaigns that rolled out leading up to and continuing since the July 1, 2025, RMA kick off date have ramped up public attention to new and expanded recycling program changes across the state.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on December 22, 2025.

_____
R. Eben Polk

Page 5 -   DECLARATION OF R. EBEN POLK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000