THE HONORABLE MICHAEL SIMON

CHRISTOPHER A. MEYER (NYB # 6015028)
cmeyer@earthjustice.org
[*Pro Hac Vice Application Pending*]
Earthjustice
48 Wall Street, Floor 15
New York, NY 10005-2903
(917) 410-8753

MOLLY TACK-HOOPER (OSB # 212147)
mtackhooper@earthjustice.org
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104-1831
(206) 701-9763

*Attorneys for [Proposed] Amicus Curiae*
*Professor Sarah J. Morath*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS, <br><br> Plaintiff, <br><br> v. <br><br> LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity; MATT DONEGAN, KAREN MOYNAHAN, MARK WEBB, and SILVIA TANNER, in their official capacities as members of the Oregon Environmental Quality Commission, <br><br> Defendants. | Case No.: 3:25-cv-1334-SI <br><br><br><br><br><br><br> **PROFESSOR SARAH J. MORATH'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

1

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Professor Sarah J. Morath respectfully requests leave to file the enclosed brief as *amicus curiae* in opposition to the Motion for a Preliminary Injunction filed by Plaintiff on November 24, 2025.  Pursuant to Local Rule 7-1, Professor Morath certifies that she has conferred with the parties, and that no party opposes this motion.

Dated: December 22, 2025.

*/s/ Christopher A. Meyer*

CHRISTOPHER A. MEYER (NYB #6015028)
cmeyer@earthjustice.org
[*Pro Hac Vice Application Pending*]
Earthjustice
48 Wall Street, Floor 15
New York, NY, 10005-2903
(917) 410-8753

*/s/ Molly Tack-Hooper*

MOLLY TACK-HOOPER (OSB # 212147)
mtackhooper@earthjustice.org
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104-1831
(206) 701-9763

*Attorneys for [Proposed] Amicus Curiae*
*Professor Sarah J. Morath*

Unopposed Motion for Leave to File Brief as
*Amicus Curiae* in Opposition to Plaintiff's
Motion For a Preliminary Injunction

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

*/s/ Molly Tack-Hooper*
MOLLY TACK-HOOPER (OSB # 212147)
mtackhooper@earthjustice.org
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104-1831
(206) 701-9763

Unopposed Motion for Leave to File Brief as
*Amicus Curiae* in Opposition to Plaintiff's
Motion For a Preliminary Injunction

3