Darin Sands, OSB No. 106624
dsands@bradleybernstein.com
BRADLEY BERNSTEIN SANDS LLP
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

Additional counsel provided in attachment

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

NATIONAL ASSOCIATION OF
WHOLESALER-DISTRIBUTORS,

            Plaintiff(s),

v.

LEAH FELDON, DIRECTOR, et. al.,

           Defendant(s).

Case No.: Case No. 3:25-cv-01334-SB

JOINT ALTERNATIVE DISPUTE
RESOLUTION REPORT

Pursuant to LR 16-4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16-4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

    ☐ Yes    ☑ No

    If not, provide an explanation:

    Counsel discussed whether the parties could agree to interim relief pending the resolution of this matter; Defendants do not view such relief as appropriate.

2. The parties propose: (*check one of the following*)

☐ (a) That this case be referred to a neutral of their choice for ADR not sponsored by the Court pursuant to LR 16-4(e)(1).

☐ (b) That the Court refer this case to mediation using a Court-sponsored mediator. (*See* LR 16-4(f) for Court-sponsored mediation procedures). The parties seek a Court mediator because:

_____

_____

_____

☐ (c) ADR may be helpful at a later date following completion of:

_____

_____

☐ (d) The parties believe the Court would be of assistance in preparing for ADR by:

_____

_____

☐ (e) The parties do not believe that any form of ADR will assist in the resolution of this case.

☑ (f) Other:

The parties will further confer regarding use of ADR following the resolution of their pending motions: Plaintiff's motion for preliminary injunction and Defendants' motion to dismiss.

_____

Dated: December 29, 2025            By: Caleb J. Bowers

                                                                                                       SIDLEY AUSTIN LLP

                                                                                            By: Alexander C. Jones

                                                                                              DEPARTMENT OF JUSTICE

**ATTACHMENT**

Additional Counsel:

David R. Carpenter*
drcarpenter@sidley.com
Caleb J. Bowers *
cbowers@sidley.com
Alexandra T. Mushka*
amushka@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA  90071
Telephone:     +1 213-896-6000
Facsimile:     +1 213-896-6600

Gordon D. Todd*
gtodd@sidley.com
Richard W. Smith*
rwsmith@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:     +1 202-736-8000
Facsimile:     +1 202-736-8711

Attorneys for Plaintiff
NATIONAL ASSOCIATION OF
WHOLESALER-DISTRIBUTORS

*Pro Hac Vice*

DAN RAYFIELD
Attorney General
SARA D. VAN LOH #044398
Senior Assistant Attorney General
Sara.VanLoh@doj.oregon.gov
ALEXANDER C. JONES #213898
Assistant Attorney General
Alex.Jones@doj.oregon.gov
Department of Justice
100 SW Market Street
Portland, OR  97201
Telephone:     +1 971-673-1880
Facsimile:     +1 971-673-5000

Attorneys for Defendants