AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Oregon

NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS )
*Plaintiff* )
v. )  Case No.   3:25-cv-01334-SB
LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, ET AL. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amici Curiae Pacific Legal Foundation and National Federation of Independent Business Small Business Legal Center, Inc.

Date:    01/26/2026

/s/ Christina M. Martin
*Attorney's signature*

Christina Martin, 084117
*Printed name and bar number*

Pacific Legal Foundation
4440 PGA Blvd., #307
Palm Beach Gardens, FL 33410
*Address*

CMartin@pacificlegal.org
*E-mail address*

(916) 419-7111
*Telephone number*

(916) 419-7747
*FAX number*