Darin Sands, OSB No. 106624
dsands@bradleybernstein.com
BRADLEY BERNSTEIN SANDS LLP
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

David R. Carpenter*
drcarpenter@sidley.com
Caleb J. Bowers*
cbowers@sidley.com
Alexandra T. Mushka*
amushka@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213-896-6000
Facsimile: +1 213-896-6600

[Additional counsel on following page]

Attorneys for Plaintiff
NATIONAL ASSOCIATION OF
WHOLESALER-DISTRIBUTORS

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,<br><br>      Plaintiff,<br><br>    v.<br><br>LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity; MATT DONEGAN, KAREN MOYNAHAN, MARK WEBB, AND SILVIA TANNER, in their official capacities as members of the Oregon Environmental Quality Commission,<br><br>      Defendants. | Case No. 3:25-cv-01334-SB<br><br>**SUPPLEMENTAL DECLARATION OF JAMES E. WINKLE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER** |

PAGE 1 – SUPP. DECL. OF JAMES E. WINKLE IN SUPPORT OF PLAINTIFF'S MOTION
  FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER

Additional counsel for Plaintiff
National Association of Wholesaler-Distributors

Gordon D. Todd*
gtodd@sidley.com
Richard W. Smith*
rwsmith@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202-736-8000
Facsimile: +1 202-736-8711

*Pro Hac vice*

## SUPPLEMENTAL DECLARATION OF JAMES E. WINKLE

I, James E. Winkle, declare the following:

1. I am Executive Vice President and Chief Financial Officer of Harbor Foods. I submit this declaration in support of the National Association of Wholesaler-Distributors' Motion for a Preliminary Injunction and/or Temporary Restraining Order. The following facts are within my own personal knowledge and, if called upon as a witness, I could and would competently testify thereto.

2. Since the time of my declaration dated November 20, 2025 (ECF 36), Harbor Foods received its January 2026 invoice from Circular Action Alliance ("CAA"). Harbor Foods received the invoice on January 20, 2026.

3. Harbor Foods previously alerted CAA to incorrect volumes in the producer data it reported to CAA. This data previously caused an increase in fees charged to Harbor Foods, which was not based on its correct sales volume.

4. As reflected in the January 2026 invoice, CAA has still not corrected its data for Harbor Foods. Therefore, the volumes being invoiced to Harbor Foods are still incorrect despite that Harbor Foods previously alerted CAA to the issue.

I hereby declare under penalty of perjury of the laws of the United States that the foregoing statements are true and correct.

Executed on this 29th day of January 2026, in Lacey, Washington.

_____
James E. Winkle