Maureen S. Bayer, OSB No. 214905
  Direct:  503.802.2115
  Email:  maureen.bayer@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779
  *Attorney for Air-Conditioning, Heating, and*
  *Refrigeration Institute; American Lighting Association;*
  *and Association of Home Appliance Manufacturers*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION DIVISION)

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,<br><br>              Plaintiff,<br><br>      v.<br><br>LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity; MATT DONEGAN, KAREN MOYNAHAN, MARK WEBB, AND SILVIA TANNER, In their official capacities as members of the Oregon Environmental Quality Commission,<br><br>              Defendants. | Civil No. 3:25-cv-01334-SB<br><br>**NOTICE OF APPEARANCE OF MAUREEN S. BAYER** |

TO:        CLERK OF THE COURT

AND TO:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Maureen S. Bayer hereby enters her appearance in the above entitled matter for [Proposed] Amici Curiae Air-Conditioning, Heating, and Refrigeration Institute, American Lighting Association, and Association of Home Appliance Manufacturers,

and requests that notice of any and all further action be served on her at the email address stated below.

Maureen S. Bayer, OSB No. 214905
  Direct:  503.802.2115
  Email:  maureen.bayer@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779

    DATED:  February 2, 2026.

                      TONKON TORP LLP

                      By:   *s/ Maureen S. Bayer*
                          Maureen S. Bayer, OSB No. 214905
                            Direct:  503.802.2115
                            Email:  maureen.bayer@tonkon.com
                        *Attorney for Air-Conditioning, Heating, and Refrigeration Institute; American Lighting Association; and Association of Home Appliance Manufacturers*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE OF MAUREEN S. BAYER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record for each party in this case.

DATED: February 2, 2026.

        TONKON TORP LLP

        By: _s/ Maureen S. Bayer_
            Maureen S. Bayer, OSB No. 214905
             Direct: 503.802.2115
             Email: maureen.bayer@tonkon.com
           *Attorney for Air-Conditioning, Heating, and Refrigeration Institute; American Lighting Association; and Association of Home Appliance Manufacturers*

097204\97204\19220887v1

PAGE 1 – CERTIFICATE OF SERVICE