IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALE DISTRIBUTORS,<br><br>Plaintiff,<br><br>v.<br><br>**LEAH FELDON**, *Director, Oregon Department of Environmental Quality, in her official capacity*; **MATT DONEGAN**, **KAREN MOYNAHAN**, **MARK WEBB**, and **SILVIA TANNER**, *in their official capacities as members of the Oregon Environmental Quality Commission*,<br><br>Defendants. | Case No. 25-cv-1334-SI<br><br>**ORDER** |

**Michael H. Simon, District Judge.**

For the reasons stated on the record, the Court GRANTS IN PART Defendants' Motion to Dismiss, ECF 56. The Court dismisses without prejudice all claims against Defendants Matt Donegan, Karen Moynahan, Mark Webb, and Silvia Tanner. The Court also dismisses without prejudice all claims brought under the Oregon Constitution, Plaintiff's Unconstitutional Conditions claim, and Plaintiff's Equal Protection claim. The Court DENIES the motion with respect to Plaintiff's claims under the Dormant Commerce Clause and Due Process Clause of the

PAGE 1 – ORDER

Fourteenth Amendment. The Court grants Plaintiff leave to replead all dismissed claims on or before February 20, 2026. With respect to the remaining two claims, the Court GRANTS Plaintiff's Motion for Preliminary Injunction, ECF 33. Serious questions go to the merits of Plaintiff's claims, there is a likelihood of irreparable injury, and the balance of hardships tips sharply in favor of Plaintiff. *See All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131-32 (9th Cir. 2011). The Court therefore ENJOINS Defendant Leah Feldon from enforcing the Plastic Pollution and Recycling Modernization Act against Plaintiff National Association of Wholesale Distributors and its members.

**IT IS SO ORDERED.**

DATED this 6th day of February, 2026.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge