DAN RAYFIELD
Attorney General
SARA D. VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sara.VanLoh@doj.oregon.gov
        Alex.Jones@doj.oregon.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS , <br><br> Plaintiff, <br><br> v. <br><br> LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity, <br><br> Defendant. | Case No.  3:25-CV-01334-SI <br><br> SUPPLEMENTAL DECLARATION OF NICOLE PORTLEY IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION OF FEBRUARY 6, 2026 ORDER |

I, Nicole Portley, hereby declare:

1.      I am employed by the Oregon Department of Environmental Quality ("DEQ") as

PRO Program Plan Lead for the Plastic Pollution and Recycling Modernization Act ("RMA"). In

my role as Program Plan Lead, I am charged with oversight of the producer responsibility

Page 1 -    SUPPLEMENTAL DECLARATION OF NICOLE PORTLEY IN SUPPORT OF
        DEFENDANT'S MOTION FOR RECONSIDERATION OF FEBRUARY 6, 2026 ORDER
        SV1/jc4/1016313604

organization ("PRO"), which I predominantly accomplish through review and approval of the PRO program plan and plan amendments. In my time at DEQ I have also served as a technical expert for rulemakings pertaining to producer and PRO obligations under the RMA, and am the main contact person at the agency for producer inquiries regarding the Act.

2.      I make this declaration based on my personal knowledge as well as the records of DEQ. I would testify to the following facts if called as a witness at trial.

3.      I make this declaration to supplement my earlier Declaration of Nicole Portley in Support of Defendant's Motion for Reconsideration of February 6, 2026 Order ("Portley Decl.").

## I.      PRO Membership Fee Payments So Far

4.      Beginning this year, producers have the option of either paying their 2026 PRO membership fees all at once, invoiced in January, or splitting their fees into two installments, invoiced in January and in July. The deadline for producers to pay the first installment (or their total fees for the year) was March 6, 2026. The most recent information that DEQ has received from CAA indicates that CAA has received sufficient fee payments to continue operations until the trial in this case scheduled for July of this year. However, if the existing preliminary injunction were to last beyond July, DEQ is concerned that further withholding of fees based on the preliminary injunction would cause greater financial impacts to the program.

5.      I understand that NAW still has not provided a complete membership list. Because DEQ does not know the identities of all of NAW's members, DEQ cannot reasonably assess or quantify the current or future impacts of the injunction. Further, because NAW has asserted confidentiality over the membership lists that NAW has provided to DEQ, DEQ cannot share those lists with CAA, which makes it more difficult for DEQ to gather information about 2026 fee payment or withholding by NAW's members, even those members that are known to DEQ. Nor can DEQ determine with certainty how many of NAW's members have elected to pay their 2026 fees in two installments, or whether such producers have paid at least the first installment (consisting of half of their fees for the year).

Page 2 -    SUPPLEMENTAL DECLARATION OF NICOLE PORTLEY IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION OF FEBRUARY 6, 2026 ORDER

6.      Thus, due to the lack of a complete list of NAW's members, as well as the asserted confidentiality of the NAW member lists provided to DEQ, DEQ cannot determine with certainty the full amount of PRO membership fees that have been withheld by NAW members so far or the full amount of fees that will be impacted if the injunction continues into the second half of 2026 or beyond.

## II.      Additional Producers Asserting NAW Membership

7.      Beyond the continuing uncertainty surrounding NAW's existing membership, DEQ is concerned that other producers are joining or will join NAW in order to take advantage of the preliminary injunction. So far, at least three producers who are not on either of the membership lists that NAW provided have asserted to DEQ that they are members of NAW and are therefore exempt from DEQ enforcement of the RMA. DEQ has ascertained that at least one of those producers joined after the preliminary injunction was entered. The emergence of these producers demonstrates that the amount of fees that have been impacted or will be impacted by the injunction is higher than NAW's incomplete membership lists suggest, due to producers that were omitted from those lists and/or producers that joined after the preliminary injunction was entered.

8.      DEQ became aware of the new and/or unknown NAW members after sending out Warning Letters With Opportunity to Correct to producers that CAA had reported to DEQ as noncompliant. Under the RMA, if the PRO attempts to obtain a membership fee or information that a producer is required to provide, but the producer does not provide the fee or information within a three-month period, then, within 30 days after the end of that three-month period, the PRO must notify DEQ of that noncompliance. *See* ORS 459A.869(10)(a). Pursuant to that statutory requirement, CAA sent DEQ a list of noncompliant producers on January 12, 2026, another list on February 10, 2026, and a third list on March 10, 2026. After receiving those lists, the next step in DEQ's process was to send out notifications (Warning Letters With Opportunity

Page 3 -    SUPPLEMENTAL DECLARATION OF NICOLE PORTLEY IN SUPPORT OF
DEFENDANT'S MOTION FOR RECONSIDERATION OF FEBRUARY 6, 2026 ORDER
SV1/jc4/1016313604

To Correct) to producers on those lists. Producers who fail to correct their noncompliance within 30 days of that notification would be subject to escalation to enforcement.

9.     The current preliminary injunction enjoins DEQ from enforcing the RMA against NAW and its members. Accordingly, DEQ held off on issuing Warning Letters until after DEQ received a list of NAW's members. DEQ did not issue Warning Letters to producers that appear on the lists of members that NAW has identified.

10.     After DEQ issued Warning Letters to non-member producers, DEQ began receiving responses from producers asserting that they are members of NAW and are entitled to the protection of the preliminary injunction entered in this case. DEQ has received such responses from three producers so far. Those three producers are discussed below.

### a.     Easterday Farms Produce Company

11.     One of the producers on the noncompliant-producers lists that CAA sent in January and February 2026 was Easterday Farms Produce Company ("Easterday"). Easterday does not appear on either of the NAW member lists that NAW has provided to DEQ. On March 5, 2026, DEQ issued a Warning Letter to Easterday.

12.     On March 20, 2026, DEQ received an email from Easterday stating: "I am writing to inform you that Easterday Farms Produce Co. is a member of the National Association of Wholesaler-Distributors (NAW). As a NAW member, we are protected by the preliminary injunction issued on February 6, 2026, in National Association of Wholesaler-Distributors v. Feldon (U.S. District Court for Oregon). Please update your records accordingly regarding the Warning Letter dated March 5, 2026." Later on March 20, 2026, DEQ responded to Easterday's email and asked for proof of NAW membership. Easterday responded on March 23, 2026, with a "Confirmation of Membership" letter from NAW, dated March 20, 2026. Later on March 23, 2026, DEQ sent an email asking when Easterday first became a member of NAW, and Easterday responded that Easterday became a NAW member in March 2026.

Page 4 -     SUPPLEMENTAL DECLARATION OF NICOLE PORTLEY IN SUPPORT OF
         DEFENDANT'S MOTION FOR RECONSIDERATION OF FEBRUARY 6, 2026 ORDER
         SV1/jc4/1016313604

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

13. Exhibit 1 to this declaration is a true and accurate copy of the emails between DEQ and Easterday as described in the previous paragraph. Exhibit 2 to this declaration is a true and accurate copy of the "Confirmation of Membership" letter described in the previous paragraph.

### b. Sierra Pacific Industries

14. Another producer that appeared on the noncompliant-producers lists that CAA sent in January and February 2026 was Sierra Pacific Industries ("SPI"). SPI does not appear on either of the NAW member lists that NAW has provided to DEQ. On March 9, 2026, DEQ issued a Warning Letter to SPI.

15. On March 27, 2026, DEQ received an email from SPI with an attached letter stating, in part: "SPI is a member of NAW and covered by the recent injunction. Consequently, SPI is withholding payment of fees under the Act pending the outcome of this case." On April 1, 2026, DEQ responded with an email asking for proof of SPI's membership in NAW, including the date by which SPI joined NAW. To my knowledge, DEQ has not yet received a response to that email.

16. Exhibit 3 to this declaration is a true and accurate copy of the emails between DEQ and SPI as described in the above paragraph. Exhibit 4 to this declaration is a true and accurate copy of the letter that SPI sent to DEQ as an email attachment on March 27, 2026, as described in the above paragraph.

### c. Pyramex Safety Products, LLC

17. Another producer that appeared on the noncompliant-producers lists that CAA sent in January and February 2026 was Pyramex Safety Products, LLC ("Pyramex"). Pyramex does not appear on either of the NAW member lists that NAW has provided to DEQ. On March 5, 2026, DEQ issued a Warning Letter to Pyramex.

18. On April 2, 2026, DEQ received an email from Pyramex with an attached letter stating, in part: "Pyramex submits this letter to confirm it believes it is currently exempt from

Page 5 -   SUPPLEMENTAL DECLARATION OF NICOLE PORTLEY IN SUPPORT OF DEFENDANT'S MOTION FOR RECONSIDERATION OF FEBRUARY 6, 2026 ORDER
SV1/jc4/1016313604

enforcement of the Act as a member of the National Association of Wholesaler-Distributors ('NAW'). Pyramex understands that NAW secured a preliminary injunction on February 6, 2026, in the U.S. District Court for the District of Oregon (Case No. 3:25-cv-01334-SI)." Later on April 2, 2026, DEQ responded with an email asking for proof of Pyramex's membership in NAW, including the date by which Pyramex joined NAW. To my knowledge, DEQ has not yet received a response to that email.

19.    Exhibit 5 to this declaration is a true and accurate copy of the emails between DEQ and Pyramex as described in the above paragraph. Exhibit 6 to this declaration is a true and accurate copy of the letter that Pyramex sent to DEQ as an email attachment on April 2, 2026, as described in the above paragraph.

### d.    Emergence of Additional Producers Creates Uncertainty and Threatens Additional Harm

20.    DEQ expects that the number of producers who assert NAW membership in response to DEQ Warning Letters will likely increase over the coming months. That is because DEQ has not yet issued Warning Letters to producers based on any of the fees that became due for payment after the Court entered the preliminary injunction. The Warning Letters discussed above concerned producers' reported nonpayment of PRO membership fees for 2025, which were due in 2025, before this Court entered the preliminary injunction. DEQ has not yet issued Warning Letters to producers for reported nonpayment of 2026 fees, which were the first set of fees to come due after the injunction went into effect. That means that the above producers' nonpayment of fees, at least initially, was not in reliance on any existing injunction. The fact that that even that set of producers appears to include at least three previously unknown NAW members, who are now claiming the protection of the injunction, strongly suggests that even more such producers will likely emerge once DEQ sends out Warning Letters for nonpayment of 2026 fees. DEQ will start sending out those letters this month.

Page 6 -    SUPPLEMENTAL DECLARATION OF NICOLE PORTLEY IN SUPPORT OF
DEFENDANT'S MOTION FOR RECONSIDERATION OF FEBRUARY 6, 2026 ORDER
SV1/jc4/1016313604

21.     The continued emergence of additional producers asserting NAW membership is problematic because it confirms that DEQ cannot determine the full scope of NAW's membership to evaluate impacts from the injunction, it suggests that the injunction may be encouraging producers to join NAW now to get out of paying fees, and it demonstrates that the amount of fees impacted by the preliminary injunction is and will be likely higher than suggested by the lists of NAW's members that NAW has provided so far. The emergence of these NAW members also heightens the uncertainty that makes it impossible for DEQ to accurately estimate and plan for the impacts of the injunction. That uncertainty is compounded by the fact that even NAW's "corrected" membership list, provided on March 6, 2026, does not include any of the three producers listed above.

22.     Based on my review of the provided membership lists, NAW's membership does not appear to be limited to distributors and wholesalers. If, as it appears, anyone can join NAW and get the benefit of the injunction, then additional producers will be able to exempt themselves from DEQ enforcement and could easily decline to pay fees in July. The ability of producers to do so threatens to significantly expand the scope of the injunction. It also makes it even more difficult for DEQ to estimate and plan for the impacts of the injunction. Further, if the number of producers protected by the injunction can expand to anyone who decides to join NAW, it will create further administrative burdens as DEQ attempts to fulfill its role in enforcing the RMA while also complying with the injunction. Although I understand that fee receipts are sufficient to support the program for now, that may not be the case after the July fees become due.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on April  3 , 2026.

_____*s/ Nicole Portley*_____
NICOLE PORTLEY

Page 7 -    SUPPLEMENTAL DECLARATION OF NICOLE PORTLEY IN SUPPORT OF
DEFENDANT'S MOTION FOR RECONSIDERATION OF FEBRUARY 6, 2026 ORDER
SV1/jc4/1016313604

| | |
|---|---|
| **From:** | PORTLEY Nicole * DEQ |
| **To:** | Sara D Van Loh; Gary L Vrooman; Alex Jones |
| **Cc:** | ALLAWAY David * DEQ |
| **Subject:** | FW: Easterday Farms Produce Co. – NAW Membership & Injunction Protection (Re: Warning Letter dated March 5, 2026) |
| **Date:** | Monday, March 23, 2026 3:20:54 PM |
| **Attachments:** | image001.png |
| | image002.jpg |

<div style="background-color: yellow">

**\*CAUTION EXTERNAL EMAIL\* This email originated from outside of DOJ. Treat attachments and links with caution. \*CAUTION EXTERNAL EMAIL\***

</div>

Easterday confirms below that they became a member of NAW after the injunction ruling.

Nicole

**From:** Jody Easterday <Jody@Easterdayproduce.com>
**Sent:** Monday, March 23, 2026 3:19 PM
**To:** PORTLEY Nicole * DEQ <nicole.portley@deq.oregon.gov>
**Cc:** Karen Harned <kharned@naw.org>
**Subject:** RE: Easterday Farms Produce Co. – NAW Membership & Injunction Protection (Re: Warning Letter dated March 5, 2026)

Thank you for your follow-up.
Easterday Farms Produce Co. first became a member of the National Association of Wholesaler-Distributors in March 2026.
Proof of membership (the March 20, 2026 confirmation letter from Dan Schuberth) was attached to my previous email in this thread.
Best Regards,


Jody Easterday
Easterday Farms Produce Co.
www.easterdayfarms.com

509-544-9595 o
509-521-5064 c

**From:** PORTLEY Nicole * DEQ <nicole.portley@deq.oregon.gov>
**Sent:** 3/23/2026 10:57 AM
**To:** Jody Easterday <Jody@Easterdayproduce.com>
**Subject:** RE: Easterday Farms Produce Co. – NAW Membership & Injunction Protection (Re: Warning Letter dated March 5, 2026)

Thank you Jody. Can you also let me know when you first became a member with NAW? If you joined before the injunction was issued, it will be clear to me that we should not send any further compliance notifications your way until the injunction is

Supp. Declaration of Nicole Portley iso Motion for Reconsideration
Exhibit 1
Page 1 of 3

lifted, and I can make that change in our records. If you joined after the injunction was issued, however, I will need to inquire with our legal team as to whether or not the injunction applies to companies who joined NAW after the fact, and they may need to seek this clarity from the courts.

Best,

Nicole

---

**From:** Jody Easterday <Jody@Easterdayproduce.com>
**Sent:** Monday, March 23, 2026 10:32 AM
**To:** PORTLEY Nicole * DEQ <nicole.portley@deq.oregon.gov>
**Subject:** RE: Easterday Farms Produce Co. – NAW Membership & Injunction Protection (Re: Warning Letter dated March 5, 2026)

Please is attached proof of membership.  Thank you.

Jody

Jody Easterday
Easterday Farms Produce Co.
www.easterdayfarms.com

509-544-9595 o
509-521-5064 c

---

**From:** PORTLEY Nicole * DEQ <nicole.portley@deq.oregon.gov>
**Sent:** 3/20/2026 9:58 AM
**To:** Jody Easterday <Jody@Easterdayproduce.com>
**Cc:** Gary L Vrooman <Gary.L.Vrooman@doj.oregon.gov>
**Subject:** RE: Easterday Farms Produce Co. – NAW Membership & Injunction Protection (Re: Warning Letter dated March 5, 2026)

Dear Jody,

Thank you for your message.

Easterday is not on the NAW membership lists that have been provided to us by NAW's counsel. The most recently provided list was sent on 3/6/26.

Have you joined the association after 3/6/26? Can you provide proof of membership? Thank you,

Nicole Portley

Nicole Portley
Program Plan Lead, Paper and Packaging EPR

Supp. Declaration of Nicole Portley iso Motion for Reconsideration
Exhibit 1
Page 2 of 3



Materials Management – Product Stewardship Team
**Oregon Department of Environmental Quality**
Cell: 503-839-9323

---

**From:** Jody Easterday <Jody@Easterdayproduce.com>
**Sent:** Friday, March 20, 2026 9:54 AM
**To:** RethinkRecycling * DEQ <rethinkrecycling@deq.oregon.gov>
**Cc:** Producer.Support@circularaction.org; PORTLEY Nicole * DEQ <nicole.portley@deq.oregon.gov>
**Subject:** Easterday Farms Produce Co. – NAW Membership & Injunction Protection (Re: Warning Letter dated March 5, 2026)

Dear Ms. Portley and DEQ Team,

I am writing to inform you that Easterday Farms Produce Co. is a member of the National Association of Wholesaler-Distributors (NAW).

As a NAW member, we are protected by the preliminary injunction issued on February 6, 2026, in *National Association of Wholesaler-Distributors v. Feldon* (U.S. District Court for Oregon).

Please update your records accordingly regarding the Warning Letter dated March 5, 2026.

Thank you for your attention.

Best regards,

Jody Easterday



**Jody Easterday**
Jody@easterdayproduce.com
Office: (509) 544-9595
Cell: (509)521-5064
www.easterdayproduce.com



March 20, 2026

**RE: Confirmation of Membership**

To Whom It May Concern:

This letter confirms that Easterday Farms Produce Co. is an active member in good standing of the National Association of Wholesaler-Distributors.

This letter is provided at the request of Easterday Farms Produce Co. for the purpose of confirming its membership status and may be shared with third parties as needed.

If you have any questions or require additional information, please do not hesitate to contact Natasha Wells, SVP of Member Experience, at nwells@naw.org.

Sincerely,

Dan Schuberth
Chief Revenue Officer
National Association of Wholesaler-Distributors

| | |
|---|---|
| **From:** | RethinkRecycling * DEQ |
| **To:** | Rick Audsley; RethinkRecycling * DEQ |
| **Cc:** | Jim Lynch |
| **Subject:** | RE: Compliance Notification: Oregon Recycling Modernization Act |
| **Date:** | Wednesday, April 1, 2026 10:42:11 PM |
| **Attachments:** | image003.png |
| | image004.png |
| | image005.jpg |
| | 20260327073537371.pdf |

Some people who received this message don't often get email from rethinkrecycling@deq.oregon.gov. Learn why this is important

**\*CAUTION EXTERNAL EMAIL\* This email originated from outside of DOJ. Treat attachments and links with caution. \*CAUTION EXTERNAL EMAIL\***

Dear Rick,

Thank you for your reply to our notification. Sierra Pacific Industries was not included on the member list provided to DEQ by NAW's counsel. Can you please provide proof of membership, including the date by which you joined NAW? If you joined after the injunction was applied, I'm not sure that the injunction applies to you; this is something we may need to circle back with the district court about. If you joined before the injunction was applied, I can note that in my records and be sure to hold off on any further notifications until the injunction is lifted.

Sincerely,

Nicole Portley



Nicole Portley
Program Plan Lead, Paper and Packaging EPR
Materials Management – Product Stewardship Team
Oregon Department of Environmental Quality
Cell: 503-839-9323

---

**From:** Rick Audsley <RAudsley@spi-ind.com>
**Sent:** Friday, March 27, 2026 7:45 AM
**To:** RethinkRecycling * DEQ <RethinkRecycling@deq.oregon.gov>
**Cc:** Jim Lynch <JLynch@spi-ind.com>
**Subject:** RE: Compliance Notification: Oregon Recycling Modernization Act

Good morning.

Please see attached response.

Regards,

**Rick Audsley**

Senior Director of Engineering

**SIERRA PACIFIC WINDOWS**

A Division of Sierra Pacific Industries

Office  530.528.3842

Mobile  530.515.2705

SierraPacificWindows.com



---

**From:** RethinkRecycling * DEQ <RethinkRecycling@deq.oregon.gov>

**Sent:** Monday, March 9, 2026 4:33 PM

**To:** Rick Audsley <RAudsley@spi-ind.com>

**Subject:** Compliance Notification: Oregon Recycling Modernization Act

**Importance:** High

> You don't often get email from rethinkrecycling@deq.oregon.gov. Learn why this is important

*CAUTION: This email originated from outside SPI; please be careful with links or attachments*

Dear Rick Audsley,


Find in attachment a Warning Letter With Opportunity to Correct regarding compliance with Oregon's Recycling Modernization Act. Instructions on how to correct are contained in the letter. To register, report, or pay fees in order to come into compliance, reach to approved PRO Circular Action Alliance at Producer.Support@circularaction.org. To rather pursue correction via certification as an exempt small or non-producer, reach to DEQ at RethinkRecycling@deq.oregon.gov.


Sincerely,



Nicole Portley

PRO Program Lead, Recycling Modernization Act

Oregon DEQ

March 27, 2026

**VIA EMAIL AND OVERNIGHT MAIL**

Ms. Nicole Portley PRO Plan Lead
Recycling Modernization Act
Oregon Department of Environmental Quality
Materials Management Program
700 NE Multnomah Street, Suite 600
Portland, OR 97232

RE:    Response to Warning Letter; Oregon's Recycling Modernization Act

Dear Ms. Portley:

We are in receipt of your letter dated March 5, 2026, concerning the above-referenced matter. Your letter states that Sierra Pacific Industries (SPI) is out of compliance with Oregon's Recycling Modernization Act (Act) and related rules, and as a result, is receiving a notice and opportunity to correct. Your letter also states that Producers that remain out of compliance with the Act may face enforcement action, which may include civil penalties and a compliance order.

As you may know, the validity of the Act is currently being litigated and on February 6, 2026, the Federal District Court for Oregon issued a preliminary injunction enjoining the Oregon Department of Environmental Quality from enforcing the Act against NAW and its members while the Court considers the merits of the case.[1]

Through this letter, SPI wishes to notify the Oregon Department of Environmental Quality that SPI is a member of NAW and covered by the recent injunction. Consequently, SPI is withholding payment of fees under the Act pending the outcome of this case. In the absence of a response to the contrary, we assume that you agree that, consistent with the District Court's Order, during the pendency of the litigation the provisions of the Act do not apply to SPI and no enforcement action will be taken.

Please contact me if you have any questions regarding this matter.

Sincerely,

Rick Audsley
Sierra Pacific Windows

---

[1] *See National Association of Wholesale Distributors v. Feldon et al.* (Case No. 25-cv-1334-SI).

| From: | RethinkRecycling * DEQ |
|---|---|
| To: | Alycia Davis |
| Cc: | Adam Slater; Travis Slater; Erica Eschbach; Wooten, Noelle; Baldridge, Adam; ehaskins@bakerdonelson.com; RethinkRecycling * DEQ |
| Subject: | Re: Pyramex - Response to ODEQ Warning Letter - Courtesy Copy |
| Date: | Thursday, April 2, 2026 1:10:04 PM |
| Attachments: | image001.jpg |
| | image002.png |
| | Pyramex - Response to ODEQ Warning Letter - 2026-04-02 - Scanned.pdf |

Some people who received this message don't often get email from rethinkrecycling@deq.oregon.gov. Learn why this is important

**\*CAUTION EXTERNAL EMAIL\* This email originated from outside of DOJ. Treat attachments and links with caution. \*CAUTION EXTERNAL EMAIL\***

Dear Alycia,

Thank you for your reply to our notification. Pyramex Safety Products, LLC was not included on the member list provided to DEQ by NAW's counsel. Can you please provide proof of membership, including the date by which you joined NAW? If you joined after the injunction was applied, I'm not sure that the injunction applies to you; this is something we may need to circle back with the district court about. If you joined before the injunction was applied, I can note that in my records and be sure to hold off on any further notifications until the injunction is lifted.

Sincerely,

Nicole Portley



Nicole Portley
Program Plan Lead, Paper and Packaging EPR
Materials Management – Product Stewardship Team
Oregon Department of Environmental Quality
Cell: 503-839-9323

---

**From:** Alycia Davis <adavis@pyramex.com>
**Sent:** Thursday, April 2, 2026 11:27 AM
**To:** RethinkRecycling * DEQ <RethinkRecycling@deq.oregon.gov>
**Cc:** Adam Slater <adslater@pyramex.com>; Travis Slater <tslater@pyramex.com>; Erica Eschbach <eeschbach@pyramex.com>; Wooten, Noelle <nwooten@bakerdonelson.com>; Baldridge, Adam <abaldridge@bakerdonelson.com>; ehaskins@bakerdonelson.com
**Subject:** Pyramex - Response to ODEQ Warning Letter - Courtesy Copy

Dear Ms. Portley,

This email is to notify you that Pyramex Safety Products, LLC has formally submitted its response to

Supp. Declaration of Nicole Portley iso Motion for Reconsideration
Exhibit 5
Page 1 of 2

the Oregon Department of Environmental Quality's Warning Letter dated March 5, 2026 via U.S. Certified Mail.

For convenience only, a courtesy copy of the response letter is attached to this email, along with the referenced Warning Letter. The certified mailing constitutes Pyramex's official response for all purposes.

Certified Mail Tracking No.: 9589 0710 5270 3716 5394 10

Best Regards,



**Alycia Davis**
Sr. Compliance Specialist
p: 800-736-8673 | f: 901-861-4967
There is more to see at Pyramex.com



PYRAMEX

April 2, 2026

**<u>Via Electronic Mail (RethinkRecycling@deq.oregon.gov) and U.S. Certified Mail</u>**

Nicole Portley
PRO Plan Lead, Recycling Modernization Act
Oregon Department of Environmental Quality
700 NE Multnomah Street, Suite 600
Portland, OR  97232

**RE:   Response to Warning Letter With Opportunity To Correct:
        Oregon's Recycling Modernization Act**

Dear Ms. Portley:

I write on behalf of Pyramex Safety Products, LLC ("Pyramex") in response to the warning letter dated March 5, 2026, issued by the Materials Management Program of the Oregon Department of Environmental Quality ("ODEQ") (the "Warning Letter").

The Warning Letter states that Pyramex was on a list shared with ODEQ by Circular Action Alliance that includes companies that have not fulfilled their obligations under Oregon's Recycling Modernization Act and related rules (the "Act").  The Warning Letter encourages obligated producers to reach out to the Circular Action Alliance to take the steps necessary to come into compliance.  The Warning Letter notes that if Pyramex has determined it is exempt from the Act, it may respond within 30 days to RethinkRecycling@deq.oregon.gov to certify its exempt status with ODEQ.

Consistent with the directives in the Warning Letter, Pyramex submits this letter to confirm it believes it is currently exempt from enforcement of the Act as a member of the National Association of Wholesaler-Distributors ("NAW").  Pyramex understands that NAW secured a preliminary injunction on February 6, 2026, in the U.S. District Court for the District of Oregon (Case No. 3:25-cv-01334-SI).  This preliminary injunction enjoins ODEQ implementation or enforcement of the Act against NAW or its members, as serious questions go to the merits of NAW's claims, there is a likelihood of irreparable injury to NAW and its members, and the balance of hardships tips sharply in favor of NAW.

Pyramex further understands that the NAW litigation, which seeks a declaration that the Act is invalid and unenforceable and a permanent injunction against implementation or enforcement, is set for trial in July 2026.  In the event the Act is ultimately found to be valid and the preliminary injunction is lifted, Pyramex will evaluate whether it is exempt from the Act as a small producer or non-producer and/or register, report, and pay with the Circular Action Alliance, as appropriate.

P  800.736.8673  //  F  901.861.4967  //  W  PYRAMEX.COM
305 KEOUGH DRIVE  PIPERTON, TN 38017

Supp. Declaration of Nicole Portley iso Motion for Reconsideration
Exhibit 6
Page 1 of 2



Pyramex respectfully submits this letter to resolve the matter outlined in the Warning Letter, without any admission of wrongdoing. Pyramex further reserves all rights in response to further and/or future enforcement action(s) by ODEQ.

If you have any questions or concerns, please do not hesitate to contact me directly. Otherwise, we trust this matter is now resolved, pending the outcome of the NAW litigation.

Sincerely,

Travis Slater, President

cc:    Alycia Davis (via email – adavis@pyramex.com)
       Noelle E. Wooten, Esq. (via email – nwooten@bakerdonelson.com)

Supp. Declaration of Nicole Portley iso Motion for Reconsideration
Exhibit 6
Page 2 of 2

# CERTIFICATE OF SERVICE

I certify that on April  3rd , 2026, I served the foregoing **SUPPLEMENTAL**

**DECLARATION OF NICOLE PORTLEY IN SUPPORT OF DEFENDANT'S MOTION**

**FOR RECONSIDERATION OF FEBRUARY 6, 2026 ORDER** upon the parties hereto by the

method indicated below, and addressed to the following:

Darin Sands                              ___ HAND DELIVERY
Bradley Bernstein Sands LLP               ___ MAIL DELIVERY
1211 NW Glisan Street, Ste 204            ___ OVERNIGHT MAIL
Portland, OR 97209                        ___ TELECOPY (FAX)
  *Of Attorneys for Plaintiff*            ___ E-MAIL
                                           x  E-SERVE

David R. Carpenter                        ___ HAND DELIVERY
Caleb J. Bowers                           ___ MAIL DELIVERY
Sidley Austin LLP                         ___ OVERNIGHT MAIL
350 South Grand Avenue                    ___ TELECOPY (FAX)
Los Angeles, CA 90071                     ___ E-MAIL
  *Of Attorneys for Plaintiff*            ___ x  E-SERVE

Gordon D. Todd                            ___ HAND DELIVERY
Richard W. Smith                          ___ MAIL DELIVERY
Sidley Austin LLP                         ___ OVERNIGHT MAIL
1501 K Street, N.W.                       ___ TELECOPY (FAX)
Washington, DC 20005                      ___ E-MAIL
  *Of Attorneys for Plaintiff*             x  E-SERVE

*s/ Alexander C. Jones*
SARA D. VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Sara.VanLoh@doj.oregon.gov
alex.jones@doj.oregon.gov

Page 1 -   CERTIFICATE OF SERVICE
             SV1/jc4/996799836