# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,<br><br>Plaintiff,<br><br>v.<br><br>LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity,<br><br>Defendant. | Case No. 3:25-cv-01334-SI<br><br>**TRIAL MANAGEMENT ORDER ADDENDUM**<br><br>**Complaint Filed: July 30, 2025** |

1
TRIAL MANAGEMENT ORDER

This Order amends and supplements the Court's Trial Management Order, *Nat'l Ass'n of Wholesaler-Distribs. v. Feldon*, No. 3:25-cv-01334-SI, ECF No. 91 (D. Or. Mar. 4, 2026) ("TMO"), as follows:

**I.    Witnesses**

    **A.**    Witness Disclosures: The parties shall disclose their anticipated trial witnesses (lay and expert witnesses) along with a summary of their anticipated testimony (for fact witness) as provided in the TMO, on June 1, 2026.

    **B.**    Depositions:  The parties shall complete all depositions by June 19, 2026 unless a witness is unavailable to be deposed in that timeframe, in which event the witness shall be deposed as soon thereafter as practicable.  Depositions will be by stenography only. No video depositions may be taken.

    **C.**    The parties shall exchange final trial witness lists on June 19, 2026.

    **D.**    The parties shall exchange objections, if any, to the other side's witness disclosures on June 23, 2026 and exchange responses, if any, on June 25, 2026.

    **E.**    The parties shall supply a final trial witness disclosure list, with unresolved objections, to the Court, on June 26, 2026.

    **F.**    No witness impeachment statements are required.

**II.    Exhibits**

    **A.**    The parties shall substantially complete document productions by June 12, 2026.

    **B.**    The parties shall exchange exhibits disclosures for their case in chief on June 19, 2026. The parties shall exchange rebuttal exhibits, if any, on June 23, 2026.  The parties shall identify any objections to the other side's exhibits on June 24, 2026.

    **C.**    The parties shall prepare a master exhibit list identifying all remaining objections for the Court, by June 26, 2026.  The parties shall submit the master list to the Court along with copies of any exhibit subject to an objection requiring a ruling at the pre-trial conference.

    **D.**    Impeachment evidence (as described in the TMO) need not be separately submitted.

TRIAL MANAGEMENT ORDER

**E.** The parties shall cooperate in labeling exhibits, making exhibit binders for the Court, witnesses, and parties, as specified in the TMO, to be delivered to the Court by July 10, 2026.

### III.  Deposition Designations

**A.** The parties shall designate any deposition testimony they will offer at trial as substantive testimony by June 22, 2026.  Cross-designations and objections shall be made by June 24, 2026.

**B.** The parties shall meet and confer regarding the designations and any objections being maintained on June 25, 2026.

**C.** The parties shall supply to the Court transcripts with the designated testimony highlighted as per the TMO on June 26, 2026.

**D.** Designated deposition testimony shall be submitted by the parties jointly at the beginning of trial on paper, not read in court.

**E.** Deposition testimony need not be designated for impeachment. Depositions may be used for impeachment consistent with the procedural and evidentiary rules.

### IV.  Pre-Trial Briefs & Motions

**A.** On June 26, 2026, the parties shall submit their respective statements of the case not to exceed 5 pages each.  Following the pre-trial conference, the Court will direct the parties as to the filing of further pre-trial briefs.

**B.** The parties shall not file separate proposed finding of fact and conclusions of law pre-trial.

**C.** Motions in Limine: The parties must disclose any issues they are considering for a motion in limine on June 30, 2026 to be discussed at the pre-trial conference.  To the extent the Court directs briefing on an issue, any such motion must be filed July 3, 2026 with a response filed July 6, 2026, with no reply.  Motions and responses shall not exceed 3 pages.

### V.   Pre-Trial Conference

TRIAL MANAGEMENT ORDER

**A.** On June 26, 2026, the parties shall submit a Joint Status report that identifies all issues remaining for the Court to take up at the pre-trial conference.

**B.** The Court has reserved July 1, 2026 for a pre-trial conference. At the pre-trial conference, the following topics may be discussed, along with anything else the Court wishes to raise:

- Motions in Limine
- Objections to exhibits, witnesses, deposition designations
- Conduct of trial including opening and closing statements; introduction of exhibits; examination of experts
- Daily schedule
- Courtroom technology, equipment, and personnel needs

## VI.  Stipulations

**A.** The parties shall propose stipulations of fact, if any, on July 3, 2026 and then meet and confer to discuss them.

**B.** The parties must supply to the Court any agreed stipulations of fact by July 10, 2026.

**IT IS SO ORDERED.**

Dated: May 28, 2026                    By: _____
                                       Hon. Michael H. Simon
                                       United States District Judge

4
TRIAL MANAGEMENT ORDER