THE HONORABLE MICHAEL SIMON

Samantha K. Pitsch, OSB No. 230755
samantha.pitsch@stokeslaw.com
STOKES LAWRENCE, P.S.
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101
Telephone: (206) 626-6000

Attorney for *Amicus Curiae*
International Franchise Association and
Restaurant Law Center

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,** | Case No.: 3:25-cv-01334-SI |
| **Plaintiff,** | **NOTICE OF APPEARANCE OF SAMANTHA K. PITSCH** |
| **v.** | |
| **LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity; MATT DONEGAN, KAREN MOYNAHAN, MARK WEBB, AND SILVIA TANNER, in their official capacities as members of the Oregon Environmental Quality Commission,** | |
| **Defendants.** | |

TO:         CLERK OF THE COURT

AND TO:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned attorneys hereby appear for [Proposed]

Amicus Curiae International Franchise Assoc. & Restaurant Law Center and requests that notice

of any and all further action be served on her at the email address stated below.

Samantha K. Pitsch (OSB #230755)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 626-6000

NOTICE OF APPEARANCE OF
SAMANTHA K. PITSCH - 1

Fax:  (206) 464-1496
E-mail: samantha.pitsch@stokeslaw.com

DATED this 15th day of June, 2026.

STOKES LAWRENCE, P.S.

By:  */s/Samantha K. Pitsch*
Samantha K. Pitsch (OSB #230755)
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 626-6000
Fax:  (206) 464-1496
E-mail: samantha.pitsch@stokeslaw.com

Attorney for *Amicus Curiae*
International Franchise Association and
Restaurant Law Center

NOTICE OF APPEARANCE OF
SAMANTHA K. PITSCH - 2

**CERTIFICATE OF SERVICE**

I certify that on June 15, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record and all registered participants.

DATED this 15th day of June, 2026.

_/s/ Nico Schulz_____
Practice Assistant

NOTICE OF APPEARANCE OF
SAMANTHA K. PITSCH - 3