DAN RAYFIELD
Attorney General
SARA D. VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Sara.VanLoh@doj.oregon.gov
        Alex.Jones@doj.oregon.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS , <br><br> Plaintiff, <br><br> v. <br><br> LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity, <br><br> Defendant. | Case No.  3:25-CV-01334-SI <br><br> DECLARATION OF ALEXANDER C. JONES IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME |

I, Alexander C. Jones, hereby declare:

1.      I am an attorney licensed to practice law in the State of Oregon and am an

Assistant Attorney General for the State of Oregon.

Page 1 -    DECLARATION OF ALEXANDER C. JONES IN SUPPORT OF DEFENDANT'S
        UNOPPOSED MOTION FOR EXTENSION OF TIME
        SV1/jc4/1016313604

2.      I am one of the attorneys assigned to represent Defendant Leah Feldon, Director of the Oregon Department of Environmental Quality, in her official capacity, in the above-captioned case and have personal knowledge of the matters set forth herein.

3.      Currently, the deadlines for the parties' final trial witness disclosure list, master exhibit list, designated deposition transcripts, joint status report, and statements of the case are June 26, 2026. Defendant moves the Court for an order extending those deadlines by three days to June 29, 2026 at 5:00 PM PDT.

4.      Additional time is needed to complete several tasks this week that are necessary before filing the documents that are currently due on June 26. Those tasks include exchanging objections to exhibit lists, exchanging objections to witness lists, exchanging objections to deposition transcript designations and cross-designations of deposition transcripts, exchanging responses to objections to witness lists, and conferral between the parties regarding the parties' objections and regarding the joint status report. Completing all of these tasks by June 26 is further made difficult by the fact that the final deposition will not conclude until June 25. Extending the deadlines listed above to June 29 would allow for allow for sufficient time to complete the necessary tasks. Given the number of tasks to complete and the expedited timeline of this case, a three-day extension of the deadlines is reasonable.

5.      Defendant's counsel conferred with Plaintiff's counsel, and Plaintiff does not oppose this motion.

6.      This request is made in good faith and not for the purpose of delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on June  23 , 2026.


_____*s/ Alexander C. Jones*_____
ALEXANDER C. JONES


Page 2 -   DECLARATION OF ALEXANDER C. JONES IN SUPPORT OF DEFENDANT'S
          UNOPPOSED MOTION FOR EXTENSION OF TIME
SV1/jc4/1016313604

## CERTIFICATE OF SERVICE

I certify that on June  23 , 2026, I served the foregoing by email **DECLARATION OF ALEXANDER C. JONES IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** upon the parties hereto by the method indicated below, and addressed to the following:

Darin Sands
Bradley Bernstein Sands LLP
1211 NW Glisan Street, Ste 204
Portland, OR 97209
 *Of Attorneys for Plaintiff*

\_\_\_ HAND DELIVERY
\_\_\_ MAIL DELIVERY
\_\_\_ OVERNIGHT MAIL
\_\_\_ TELECOPY (FAX)
 x  E-MAIL
\_\_\_ E-SERVE
*dsands@bradleybernsteinllp.com*

David R. Carpenter
Caleb J. Bowers
Sidley Austin LLP
350 South Grand Avenue
Los Angeles, CA 90071
 *Of Attorneys for Plaintiff*

\_\_\_ HAND DELIVERY
\_\_\_ MAIL DELIVERY
\_\_\_ OVERNIGHT MAIL
\_\_\_ TELECOPY (FAX)
 x  E-MAIL
\_\_\_ E-SERVE
*drcarpenter@sidley.com*
*cbowers@sidley.com*

Page 1 -    CERTIFICATE OF SERVICE
SV1/jc4/996799836

Gordon D. Todd                          ___ HAND DELIVERY
Richard W. Smith                        ___ MAIL DELIVERY
Sidley Austin LLP                       ___ OVERNIGHT MAIL
1501 K Street, N.W.                     ___ TELECOPY (FAX)
Washington, DC 20005                     x_ E-MAIL
  *Of Attorneys for Plaintiff*          ___ E-SERVE
                                        *gtodd@sidley.com*


                              *s/ Alexander C. Jones*
                              SARA VAN LOH #044398
                              Senior Assistant Attorney General
                              ALEXANDER C. JONES #213898
                              YOUNGWOO JOH #164105
                              Assistant Attorneys General
                              Trial Attorneys
                              Tel (971) 673-1880
                              Fax (971) 673-5000
                              Sara.VanLoh@doj.oregon.gov
                              alex.jones@doj.oregon.gov
                              Of Attorneys for Defendants


Page 2 -    CERTIFICATE OF SERVICE