Darin Sands, OSB No. 106624
dsands@bradleybernstein.com
BRADLEY BERNSTEIN SANDS LLP
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

David R. Carpenter*
drcarpenter@sidley.com
Caleb J. Bowers*
cbowers@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000

Gordon D. Todd*
gtodd@sidley.com
Richard W. Smith*
rwsmith@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000

* *Pro hac vice*

Attorneys for Plaintiff NATIONAL
ASSOCIATION OF WHOLESALER-
DISTRIBUTORS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,<br><br>             Plaintiff,<br>     v.<br><br>LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity,<br><br>             Defendant. | Case No. 3:25-cv-01334-SI<br><br>**PRETRIAL JOINT STATUS REPORT**<br><br>**Complaint Filed: July 30, 2025** |

PAGE 1 - PRETRIAL JOINT STATUS REPORT

**JOINT STATUS REPORT**

Plaintiff National Association of Wholesaler-Distributors ("Plaintiff" or "NAW") and Defendant Leah Feldon, Director, Oregon Department of Environmental Quality ("Defendant"), submit this Joint Status Report pursuant to the Court's March 4, 2026 Trial Management Order (Dkt. 91) and May 28, 2026 Addendum (Dkt. 138).

## I.     SUMMARY OF PRETRIAL SUBMISSIONS

### A.     Witness Lists

The parties have exchanged final witness disclosures, which are attached hereto as Exhibit A (Plaintiff) and Exhibit B (Defendant), respectively.

### B.     Exhibit Lists

The parties have exchanged exhibit lists and objections. The Master Exhibit List is attached hereto as Exhibit C. The parties continue to refine their exhibit lists and propose to provide the Court with a final Master Exhibit List along with the provision of hard copy exhibits prior to trial.

### C.     Pretrial Statements of the Case

The parties have each completed a five-page Pretrial Statement of the Case, which they will file separately today.

### D.     Deposition Designations

The parties have exchanged deposition designations, cross-designations and objections for most witnesses.  The parties are still finalizing designations for Brian Wild and Nicole Portley, whose depositions were only recently completed.  The parties met to confer regarding objections to the designations on June 29, 2026. The completed

PAGE 2 - PRETRIAL JOINT STATUS REPORT

designated deposition transcripts are attached hereto as Exhibit D. The parties will submit the two additional sets of designations as soon as they are completed.

## II.   MATTERS REQUIRING COURT'S RESOLUTION

### A. Motions in Limine

As contemplated in the Court's Trial Management Order Addendum, Doc. 138 § IV.C (May 28, 2026), the parties will raise the following issues in limine orally at the pre-trial conference.  To the extent the Court desires additional briefing on any of these motions, such briefing will be submitted consistent with the Addendum.

**Plaintiff NAW**

1) Plaintiff moves to exclude the testimony of Defendant's proposed expert Professor Reid Lifset.

**Defendant Feldon**

1) Defendant moves to reconsider allowing Plaintiff's representative Mr. Brian Wild to offer non-retained opinion testimony under Rule 26(a)(2)(C).

2) Defendant moves to exclude the testimony of Plaintiff's proposed fact witness Mr. Rick Tomlinson, President of the California Strawberry Commission.

3) Defendant moves to exclude in part the testimony of Plaintiff's proposed expert witness Professor Calvin Lakhan.

4) Defendant moves to exclude in part the testimony of Plaintiff's proposed expert witness Professor Douglas Thomas.

### B. Exhibit Objections

While the Master Exhibit List notes some pending objections to some exhibits, the parties are not requesting rulings on objections to exhibits pre-trial.  Whether a document is objectionable will depend on which witness sponsors it and for what purpose, and the parties do not ultimately expect significant objections to documents ultimately being raised.  Accordingly, the parties propose that such objections be reserved for trial.

## C. Deposition Designations

As noted, the parties have not yet finished designating deposition testimony. Once that process is complete, the parties will jointly present to the Court any objections to the designation of testimony, and any substantive objections to the testimony itself, for the Court's resolution.

## D. TRIAL LOGISTICS

The parties identify the following logistical issues for discussion:

- Openness and accessibility of the proceedings and procedures for handling confidential information and confidential exhibits, if necessary;

- Attendance of party representatives during trial;

- Fact witness sequestration;

- Use of courtroom technology and coordination with the parties' technical support;

- Anticipated daily trial schedule;

- Whether the Court desires any further pre-trial briefing;

- Waiving opening and closing arguments at the hearing; and

- The timing and length of post-trial submissions and hearing, if desired.

PAGE 4 - PRETRIAL JOINT STATUS REPORT

DATED June 29, 2026                    SIDLEY AUSTIN LLP


By: */s/  David R. Carpenter*
    David R. Carpenter*
    drcarpenter@sidley.com

    Caleb J. Bowers*
    cbowers@sidley.com
    350 South Grand Avenue
    Los Angeles, CA 90071
    Telephone: +1 213 896 6000
    Facsimile: +1 213 896 6600

    Gordon D. Todd*
    gtodd@sidley.com
    Richard W. Smith*
    rwsmith@sidley.com
    1501 K Street, N.W.
    Washington, D.C. 20005
    Telephone: +1 202 736 8000
    Facsimile: +1 202 736 8711
    *Pro hac vice*

    BRADLEY BERNSTEIN SANDS LLP
    Darin Sands, OSB No. 106624
    1211 NW Glisan St., Ste 204
    Portland, OR 97209
    Telephone: +1 503-734-2480

    Attorneys for Plaintiff
    NATIONAL ASSOCIATION OF
    WHOLESALER-DISTRIBUTORS



DAN RAYFIELD
Attorney General



*/s/ Sara D. Van Loh*
SARA D. VAN LOH #044398
Senior Assistant Attorney General
ALEXANDER C. JONES #213898
YOUNGWOO JOH #164105
Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Sara.VanLoh@doj.oregon.gov


PAGE 5 - PRETRIAL JOINT STATUS REPORT

Alex.Jones@doj.oregon.gov
YoungWoo.Joh@doj.oregon.gov
Attorneys for Defendant

PAGE 6 - PRETRIAL JOINT STATUS REPORT