# EXHIBIT C

| No. | Starting Bates | Description | Plaintiff's Objections | Defendant's Objections | Offer | Admit |
|---|---|---|---|---|---|---|
| 1 | NAW_EXP_000004210 | Lakhan, C. (2026). The Stagnation Paradox: A Longitudinal Analysis of Structural Limitations in Canadian Extended Producer Responsibility Programs. | | | | |
| 2 | NAW_EXP_000001201 | Lakhan, C. (2024). Escalating Costs, Stagnant Returns: Why Extended Producer Responsibility Has Not Delivered. | | | | |
| 3 | NAW_EXP_000001037 | Lakhan, C. EPR Frequently Asked Questions White Paper | | | | |
| 4 | NAW_EXP_000004226 | Lakhan, C. Does Extended Producer Responsibility Lead to Increased Recycling Rates? | | | | |
| 5 | NAW_EXP_000004223 | Lakhan, C. A Dearth of Data: What Data Is Needed to Implement Extended Producer Responsibility for Packaging Waste? | | | | |
| 6 | NAW_EXP_000001084 | Lakhan, C. (2025). Modeling Direct and Total Economic Impacts Resulting from the Adoption of Extended Producer Responsibility in New York, New Jersey, Massachusetts, and Connecticut. | | | | |
| 7 | NAW_EXP_000003280 | Lakhan, C. (2016). Do Eco-Fees Encourage Design for the Environment? The Relationship between Environmental Handling Fees and Recycling Rates for Printed Paper and Packaging. | | | | |
| 8 | NAW_EXP_000004196 | European Parliament and Council Directive 94/62/EC on Packaging and Packaging Waste, as amended by Directive (EU) 2018/852. | | | | |
| 9 | NAW_EXP_000003555 | Sunil Chopra, "Designing the Distribution Network in a Supply Chain," Transportation Research Part E: Logistics and Transportation Review 39(2) (2003) | | | | |
| 10 | NAW_EXP_000003518 | W. C. Benton and Michael Maloni, "The Influence of Power Driven Buyer/Seller Relationships on Supply Chain Satisfaction," Journal of Operations Management 23(1) (2005) | | | | |
| 11 | NAW_EXP_000003728 | Garth T. Hickle, "An Examination of Governance within Extended Producer Responsibility Policy Regimes in North America," Resources, Conservation, and Recycling 92 (2014) | | | | |
| 12 | NAW_EXP_000004302 | Organisation for Economic Co-operation and Development, Extended Producer Responsibility: Updated Guidance for Efficient Waste Management (Paris: OECD Publishing, 2016), | | | | |
| 13 | NAW_EXP_000003702 | Luyi Gui, Atalay Atasu, Özlem Ergun, and L. Beril Toktay, "Efficient Implementation of Collective Extended Producer Responsibility Legislation," Management Science 62(4) (2016) | | | | |
| 14 | NAW_EXP_000004133 | 2026.5.15 Expert Report of Douglas J. Thomas, Ph.D. on Behalf of National Association of Wholesaler-Distributors | | | | |
| 15 | NAW_EXP_000004071 | 2026.5.15 Expert Report of Calvin Lakhan, Ph.D. on Behalf of National Association of Wholesaler-Distributors | | | | |
| 16 | NAW_EXP_000004745 | Rebuttal Expert Report of Dr. Calvin Lakhan | | | | |
| 17 | NAW_EXP_000004759 | Supplemental Expert Report of Douglas J. Thomas, Ph.D. | | | | |
| 18 | NAW_EXP_000004594 | PaintCare Oregon Annual Report (January 1, 2025 – December 31, 2025) [Cassel Dep. Exh. 6] | | | | |
| 19 | NAW_EXP_000003885 | 2025.7.1 Mattress Recycling Counsel Annual Report [Cassel Dep. Exh. 7] | | | | |
| 20 | NAW_EXP_000003895 | 2026.2.27 Med-Project 2024-2025 Annual Report | | | | |
| 21 | NAW_EXP_000004231 | Oregon Drug Take-back Program 2023/2024 Annual Report (July 1, 2023 - June 30, 2024) | | | | |
| 22 | NAWD_DEQ_460810 | OR25 Producer Aggregated by Associated Producer, Oregon 2025 Producer data, OR 60 Material Categories [Portley Dep. Exhs. 8a-c] | | | | |
| 23 | CSC_PROD_000000001 | 2025.4.11 Letter from Rick Tomlinson & Kasey Cronquist to Leah Feldon & Kim Holmes | | | | |
| 24 | CSC_PROD_000000004 | 2026.3.6 CAA Presentation for Webinar with Cal. Strawberry Comm'n | | | | |
| 25 | CSC_PROD_000000033 | 2025.2.11 Email from Travis Pate to Chris Christian et al. - Re: Implications of Oregon EPR Regulation to Out of State Stakeholders | | | | |
| 26 | CSC_PROD_000000054 | 2026.2.5 Email from Cal. Strawberry Comm'n to Rick Tomlinson - Call to Action - Oregon Bill to Exempt Berry Packaging from EPR Program due to Sustainability Practices | | | | |
| 27 | CSC_PROD_000000056 | 2025.4.24 Email from Rick Tomlinson to Nicole Portley & Casey Cronquist - Re: Request for Improvements to SB 582 Implementation | | | | |
| 28 | CSC_PROD_000000060 | 2025.3.24 Email from Geoffrey Inch to Rick Tomlinson - Re: Recycling Modernization Act - Request for Documents | | | | |
| 29 | CSC_PROD_000000064 | 2025.3.19 Email from Rick Tomlinson to Nicole Portley - Re: Recycling Modernization Act - Request for Documents | | | | |
| 30 | CSC_PROD_000000073 | 2025.3.17 Email from Rick Tomlinson to Chris Christian - Oregon Extended Producer Responsibility Program | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | CSC_PROD_000000075 | Cal. Strawberry Comm'n FY 2020-2021 Audit Report | | | | |
| 32 | CSC_PROD_000000097 | Cal. Strawberry Comm'n FY 2021-2022 Audit Report | | | | |
| 33 | CSC_PROD_000000120 | Cal. Strawberry Comm'n FY 2022-2023 Audit Report | | | | |
| 34 | CSC_PROD_000000142 | Cal. Strawberry Comm'n FY 2023-2024 Audit Report | | | | |
| 35 | CSC_PROD_000000162 | Cal. Strawberry Comm'n FY 2024-2025 Audit Report | | | | |
| 36 | CSC_PROD_000000182 | 2026.1.30 Cal. Strawberry Comm'n Board Resolution | | | | |
| 37 | CSC_PROD_000000183 | 2026.2.10 Letter from Rick Tomlinson et al. to Rep. John Lively - RE: Support for HB 4030 | | | | |
| 38 | CSC_PROD_000000184 | Presentation - HB 4030 Supports Continued Use of Berry Packaging as a Responsive End Market for PET Beverage Containers | | | | |
| 39 | CSC_PROD_000000196 | 2025.4.16 Oregon Packaging Update for Shippers and Processors - Commission Request Lower Fees | | | | |
| 40 | CSC_PROD_000000198 | 2025.7.23 Oregon Packaging Law Update | | | | |
| 41 | CSC_PROD_000000200 | 2025.3.21 Email from Cal. Strawberry Comm'n to Rick Tomlinson - Shipper Notice - Oregon EPR Regulation Deadline March 1, 2025 - UPDATE | | | | |
| 42 | CSC_PROD_000000202 | 2025.3.17 Email from Cal. Strawberry Comm'n to Rick Tomlinson - Oregon EPR Regulation Deadline March 31, 2025 | | | | |
| 43 | CSC_PROD_000000204 | 2025.3.6 Update on Oregon EPR Regulation Webinar | | | | |
| 44 | NAW000002210 | 2025.7.29 Email from Chris Barela to producer.support@circularaction.org - Re: 2025 OR Adjustment Request | | | | |
| 45 | NAW000002191 | 2025.8.22 Email from Nick Galante to Lauren Williams - RE: EPR Follow Up | | | | |
| 46 | NAW000002194 | CAA Oregon 2024 Report Data.xlsm | | | | |
| 47 | NAW000002195 | 2025.7.31 Letter from Nick Galante to Circular Action Alliance - Re: Dispute of Invoice CINV-2025-1552 | | | | |
| 48 | NAW000002204 | Oregon 2025 Producer Fee Schedule | | | | |
| 49 | NAW000002206 | 2025+OR+Adjustment+Request+Form+-+V1.xlsx | | | | |
| 50 | NAW000002207 | 2025.8.12 Email from producer.support@circularaction.org to Chris Barela - Re: 2025 OR Adjustment Request | | | | |
| 51 | NAW000002212 | 2025.6.30 Email from Chris Barela to Nick Galante - Re: Customer Invoice CINV-2025-1552 | | | | |
| 52 | NAW000002215 | 2025.4.22 Oregon Addendum to Participant Producer Agreement (PPA) | | | | |
| 53 | NAW000002227 | 2025.8.22 Email from Lauren Williams to Nick Galante - EPR Follow Up | | | | |
| 54 | DEQ_DEP000007540 | Decl. of Brian Wild in Support of Pl.'s Mot. for Prelim. Inj. and/or Temporary Restraining Order | | | | |
| 55 | NAW_DEP000005730 | Oregon Program Plan, Appendix G: Detailed Fee-Setting Methodology | | | | |
| 56 | NAWD_DEQ_351948 | Oregon Program Plan, Appendix G: Detailed Fee-Setting Methodology - Updated March 2026 (Confidential Proprietary Information; Not for Public Disclosure) | | | | |
| 57 | NAW_DEP000008176 | FY 2023-2024 | | | | |
| 58 | CAAOR003738 | Oregon Recycling Modernization Act - Producer Responsibility Organization Program Plan Application Form - 2025-2027 Program Plan Period | | | | |
| 59 | NAW_DEP000007670 | 2026.5.4 Oregon Program Plan (2025 - 2027) | | | | |
| 60 | NAW_DEP000005730 | Appendix G: Detailed Base Fee-Setting Methodology (Confidential) | | | | |
| 61 | DEQ_DEP000003016 | RJ Schinner 30(b)(6) Dep. Ex. 4 - 2025.1.22 Email from Susan Burnley to Devon Olzewski & Tim Scott - RE: Oregon EPR Fees Coming 7-1-26 | | | | |
| 62 | DEQ_DEP000003023 | RJ Schinner 30(b)(6) Dep. Ex. 6 - RJ Schinner 30(b)(6) Dep. Ex. 6 - 2025.3.31 Email from Tim Scott to Devon Olzewski - Oregon Registration | | | | |
| 63 | DEQ_DEP000003024 | RJ Schinner 30(b)(6) Dep. Ex. 7 - 2025.4.22 Email from Tyson Peterson to Devon Olzewski - Oregon EPR - Recent Notes - Teams Call | | | | |
| 64 | DEQ_DEP000003025 | RJ Schinner 30(b)(6) Dep. Ex. 8 - 2025.4.10 Email from Devon Olzewski to Joe Siekierski et al. - FW: BR582B - State of Oregon | | | | |
| 65 | DEQ_DEP000002791 | RJ Schinner 30(b)(6) Dep. Ex. 11 - 2025.5.22 Letter from Jason Kelroy to Joseph M. Siekierski | | | | |
| 66 | DEQ_DEP000002793 | RJ Schinner 30(b)(6) Dep. Ex. 12 - 2025.6.18 Email from Susan Burnley to Devon Olzewski - FW: EPR Tasks and responsibilities | | | | |
| 67 | DEQ_DEP000002795 | RJ Schinner 30(b)(6) Dep. Ex. 13 - 2025.6.23 Email from Devon Olzewski to producer.support@circularaction.org - RE: OR Question regarding fiber | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 68 | DEQ_DEP000002797 | RJ Schinner 30(b)(6) Dep. Ex. 14 - 2025.8.3 Email from Kristin Poggio to Corey Rodriguez & Joe Siekierski - RE: Oregon's Extended Producer Responsibility (EPR) law | | | | |
| 69 | DEQ_DEP000002800 | RJ Schinner 30(b)(6) Dep. Ex. 15 - 2025.9.11 Letter from Jeanette Schuster to Kim Holmes et al. - Re: Invoice Dispute and Request for EPR Program Freeze | | | | |
| 70 | DEQ_DEP000002807 | RJ Schinner 30(b)(6) Dep. Ex. 16 - 2025.10.21 Email from Jeanette Schuster to Gary Vrooman - RE: 2025-09-11 Ltr from RJ Schinner to OR DOJ, CAA and OR DEQ | | | | |
| 71 | DEQ_DEP000002842 | RJ Schinner 30(b)(6) Dep. Ex. 18 - 2026.1.5 Email from producer.support@circularaction.org to Devon Olzewski - OR adjustment form | | | | |
| 72 | DEQ_DEP000002843 | RJ Schinner 30(b)(6) Dep. Ex. 19 - 2026.1.19 Email from Corey Rodriguez to Joe Siekierski - EPR Report, 2025.xlsx | | | | |
| 73 | DEQ_DEP000002910 | RJ Schinner 30(b)(6) Dep. Ex. 20 - 2026.1.29 Email from Ann Erpenbeck to Corey Rodriguez et al. - RE: Amazon order | | | | |
| 74 | DEQ_DEP000002917 | RJ Schinner 30(b)(6) Dep. Ex. 22 - 2024 Units into Oregon Spreadsheet | | | | |
| 75 | DEQ_DEP000002935 | RJ Schinner 30(b)(6) Dep. Ex. 23 - Oregon EPR Fee Schedule | | | | |
| 76 | DEQ_DEP000002951 | RJ Schinner 30(b)(6) Dep. Ex. 25 - 2026.1.30 RJ Schinner Customer Letter | | | | |
| 77 | DEQ_DEP000002952 | RJ Schinner 30(b)(6) Dep. Ex. 26 - 2026.1.30 Email from Susan Burnley to Amy Ullsperger et al. - OR EPR Fees - Customer Notification Letter & Fee Schedule - Internal Communication - Sales Team Outside the West Region | | | | |
| 78 | RJS_PROD_000000175 | 2026.3.17 Invoice from Circular Action Alliance to RJ Schinner Co Inc. (CINV-2026-5261) | | | | |
| 79 | RJS_PROD_000000176 | 2026.3.17 Invoice from Circular Action Alliance to RJ Schinner Co Inc. (CINV-2026-6172) | | | | |
| 80 | RJS_PROD_000000001 | OR EPR Analysis - 2024 - ytd 2026.xlsx | | | | |
| 81 | RJS_PROD_0000000017 | 2024.11.11 Oregon Addendum to Participant Producer Agreement | | | | |
| 82 | RJS_PROD_0000000084 | Vancouver, WA - Portland, OR Comparison Table | | | | |
| 83 | RJS_PROD_0000000085 | 2025.5.15 Email from Joe Siekierski to Nicole Portley & Kim Holmes - CAA Agreement - RJ Schinner Comments | | | | |
| 84 | RJS_PROD_0000000089 | 2025.5.29 Email from Nicole Portley to Joe Siekierski - RE: CAA Agreement - RJ Schinner Comments | | | | |
| 85 | RJS_PROD_0000000092 | 2025.8.21 Email from Nicole Portley to Corey Rodriguez - RE: Updated Producer List | | | | |
| 86 | RJS_PROD_0000000103 | 2025.11.19 Covered products exemption requests: 2025 | | | | |
| 87 | RJS_PROD_0000000112 | 2025.8.13 Email from producer.support@circularaction.org to Devon Olzewski - RE: FW: Updated list of Producers registered for OR | | | | |
| 88 | RJS_PROD_0000000115 | 2025.10.29 Email from Devon Olzewski to Michael Harris - RE: EXTERNAL EMAIL - Form Submission - Main Contact Us Form - Interested in participation | | | | |
| 89 | RJS_PROD_0000000118 | 2025.10.30 Email from producer.support@circularaction.org to Devon Olzewski - RE: FW: EPR question regarding who the product is sold to… | | | | |
| 90 | RJS_PROD_0000000147 | 2025.10.30 Email from Jeanette Schuster to Nicole Portley - RE: 2025-09-11 Ltr from RJ Schinner to OR DOJ, CAA and OR DEQ | | | | |
| 91 | RJS_PROD_0000000167 | 2026.1.6 Financial Analysis Vancouver/Portland | | | | |
| 92 | WCP_PROD000000001 | 2025.7.25 Email from producer.support@circularaction.org to Amy Swanson - 2025 Oregon Adjustment Request | | | | |
| 93 | WCP_PROD000000003 | 2025.8.20 Email from Amy Swanson to Amy Swanson - CAA payment 2025 | | | | |
| 94 | WCP_PROD000000004 | 2025.8.20 Email from Nick Nieto to Jon Thompson et al - EPR Resources | | | | |
| 95 | WCP_PROD000000005 | 2026.4.30 Items in Inventory Spreadsheet | | | | |
| 96 | WCP_PROD000000006 | 2026.5.27 Invoice from Eco-Products, Inc. to Debbie Stupur, WCP Solutions | | | | |
| 97 | WCP_PROD000000007 | 2025.4.30 Oregon Addendum to Participant Producer Agreement | | | | |
| 98 | WCP_PROD000000019 | 2025.5.9 Email from producer.support@circularaction.org to Amy Swanson - RE: Oregon covered materials | | | | |
| 99 | WCP_PROD000000022 | 2025.8.17 Email from Tamara Ferguson to Ed Allen - WA/OR Foodservice Bid | | | | |
| 100 | WCP_PROD000000023 | 2026.1.20 Invoice from Circular Action Alliance to West Coast Paper Company | | | | |
| 101 | WCP_PROD000000024 | 2026.1.20 Invoice from Circular Action Alliance to West Coast Paper Company | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 102 | WCP_PROD000000026 | 2026.2.17 Invoice from Circular Action Alliance to West Coast Paper Company | | | | |
| 103 | NAW_DEP000012939 | 2026.6.9 Amended Deposition Notice of Arianne Sperry | | | | |
| 104 | NAWD_DEQ_356692 | Oregon Revised Statutes Chapter 469A - Reuse and Recycling | | | | |
| 105 | NAWD_DEQ_356812 | 2026.2.9 Email from Erin Klinebriel Stein to lexi@pacific-community.com - FW: [EXTERNAL] RE: HHS/SWR: Washington County PFA and CR Addendum | | | | |
| 106 | NAWD_DEQ_356842 | OAR Chapter 340-090 | | | | |
| 107 | NAWD_DEQ_356928 | 2026.2.13 Circular Action Alliance Oregon Paper and Packaging EPR Quarterly Report Q4 (October - December 2025) | | | | |
| 108 | NAWD_DEQ_356675 | 2026.5.15 Circular Action Alliance Oregon Paper and Packaging EPR Quarterly Report Q1 (January - March, 2026) | | | | |
| 109 | NAWD_DEQ_356808 | 2025.6.2 Considerations for evaluating system expansion funding requests during the first program plan period of the Recycling Modernization Act | | | | |
| 110 | NAWD_DEQ_356926 | 2026.6 Oregon Recycling System Advisory Council Membership | | | | |
| 111 | NAW_DEP000012895 | 2026.6.13 Amended Notice of Deposition of Nicole Portley | | | | |
| 112 | CAAOR002544 | 2025.11.21 Email from Kim Holmes to Nicole Portley - Re: schedule convo on fees? | | | | |
| 113 | NAWD_DEQ_190395 | 2026.2.18 Email from Nicole Portley to Phil Economou - RE: [EXTERNAL] Customer Statement | | | | |
| 114 | NAWD_DEQ_058670 | 2024.1.9 Email from David Allaway to Justin Gast & Nicole Portley - RE: Comparison of RMA lists and CalRecycle's CMC List | | | | |
| 115 | NAWD_DEQ_213099 | 2025.4.7 Email from Nicole Portley to Kim Holmes - contingency amendment decision | | | | |
| 116 | NAWD_DEQ_085010 | 2025.3.27 Email from David Allaway to Nicole Portley - RE: 2025 Annual Report (Financials) template | | | | |
| 117 | CAAOR005684 | 2025.2 Oregon Addendum to Participant Producer Agreement - February 2025 | | | | |
| 118 | CAAOR000034 | 2024.11 Preview Participant Producer Agreement - November 2024 | | | | |
| 119 | NAWD_DEQ_314428 | Appendix A: DEQ recommendations on CAA program plan components | | | | |
| 120 | NAWD_DEQ_314487 | Appendix B: Confidential DEQ recommendations on CAA's Appendix G | | | | |
| 121 | NAWD_DEQ_341867 | 2025.4.25 Email from Nicole Portley to Kim Holmes et al. - Fw: DEQ response to USB 4/2 letter | | | | |
| 122 | NAWD_DEQ_058671 | 2024.1.9 Email from David Allaway to Nicole Portley & Peter Canepa - Re: published research indicating value of malus fees in ecomodulation | | | | |
| 123 | NAWD_DEQ_020453 | 2026.4.6 Life Cycle Evaluations for Top 25 Large Producers Report Submission Guidance | | | | |
| 124 | NAWD_DEQ_172717 | Finance Checklist for Recycling Counsel annual report review | | | | |
| 125 | NAWD_DEQ_237299 | 2024.11.4 Email from Nicole Portley to Francis Veilleux - RE: EXT RE: EX-RE: Revised system expansion funding chart | | | | |
| 126 | CAA000003 | 2025.4.24 CAA Conflict of Interest Policy - Acknowledgment and Disclosure Form | | | | |
| 127 | CAA000001 | 2024.12.17 CAA Acknowledgment of Board Member Confidentiality Obligations | | | | |
| 128 | NAW_DEP000012850 | 2025.12.22 Decl. of Nicole Portley in Support of Defs.' Opp. to Pl.'s Mot. for Prelim. Injunction | | | | |
| 129 | NAW_DEP000012880 | 2026.1.8 Supp. Decl. of Nicole Portley in Support of Defs.' Opp. to Pl.'s Mot. for Prelim. Injunction | | | | |
| 130 | NAW_DEP000012874 | 2026.1.30 2d Supp. Decl. of Nicole Portley in Support of Defs.' Opp. to Pl.'s Mot. for Prelim. Injunction | | | | |
| 131 | NAW_DEP000012946 | Nicole Portley Resume | | | | |
| 132 | NAW_DEP000012857 | 2025.8.20 Gemma DiCarlo, A look at Oregon's new recycling program, OPB | | | | |
| 133 | NAW_DEP000007560 | CAA National Leadership - CIRCULAR ACTION ALLIANCE - NATIONAL BOARD AND STAFF | | | | |
| 134 | CAAOR000398 | 2025.12.11 Email from Kim Holmes to Alex Bertolucci - 2026 fee schedule | | | | |
| 135 | NAW_DEP000007623 | 2025.5.28 2025 Oregon Producer Fee Schedule | | | | |
| 136 | NAW_DEP000007625 | 2025.10.29 2026 Oregon Producer Fee Schedule | | | | |
| 137 | NAW_DEP000007564 | CAA Oregon Leadership - CIRCULAR ACTION ALLIANCE - OREGON BOARD AND STAFF | | | | |
| 138 | NAWD_DEQ_020453-455 | Oregon Top 25 Large Producers OREGON DEQ - FINAL LARGE PRODUCER LIST FOR 2025 MARKET SHARE | | | | |
| 139 | NAWD_DEQ_028281 | Circular Action Alliance Oregon Confidential Submission Outlining 2025 Producer Reporting | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 140 | NAWD_DEQ_332972 | 2025.11.13 Topic paper: Clarifying rules on the process for claiming exemptions under ORS 459A.869(13) | | | | |
| 141 | NAWD_DEQ_332974 | 2025.11.13 Topic paper: Clarifying rules for producer obligations | | | | |
| 142 | NAWD_DEQ_333163 | 2025.3.14 Email from David Lawes to Nicole Portley - Re: Recycling Modernization Act Producer Updates | | | | |
| 143 | NAWD_DEQ_334381 | 2024.10.1 Email from Abby Boudouris to Nicole Portley & Arianne Sperry - RE: High level points on CAA Plan 2 for Sen Sollman-for TOMORROW | | | | |
| 144 | NAWD_DEQ_336125 | 2025.09.23 Email from Nicole Portley to kklaff@maulfoster.com - FW: notification from Oregon DEQ | | | | |
| 145 | NAWD_DEQ_337045 | 2025 Circular Action Alliance Oregon 2025 Financial Report: Covering FY 2023-2024 - Redacted Version | | | | |
| 146 | NAWD_DEQ_337632 | 2025.09.24 Email from Nicole Portley to Jeanette Schuster - RE: 2025-09-11 Ltr from RJ Schinner to OR DOJ, CAA and OR DEQ [IMAN-PDX.FID1316967] | | | | |
| 147 | NAWD_DEQ_341252 | 2025.09.11 Email from Casey Pardo to Kim Holmes, Producer Support, Jason Kelroy, Nicole Portley, and Gary Vrooman - 2025-09-11 Ltr from RJ Schinner to OR DOJ, CAA and OR DEQ [IMAN-PDX.FID1316961] | | | | |
| 148 | NAWD_DEQ_341253 | 2025.09.11 Letter from Jeanette Schuster to Kim Holmes, Jason Kelroy, Nicole Portley, and Gary Vrooman - Invoice Dispute and Request for EPR Program Freeze | | | | |
| 149 | NAWD_DEQ_341653 | 2025.05.15 Email from Nicole Portley to David Lawes - Re: letter | | | | |
| 150 | NAWD_DEQ_341655 | 2025.05.15 Letter from Nicole Portley to David Lawes - Exemptions claim for producers of HDPE rigid automotive fluid containers under ORS 459A.869(13) | | | | |
| 151 | NAWD_DEQ_341759 | 2025.05.06 Email from Nicole Portley to Jeanette Schuster - RE: DEQ-USB meeting | | | | |
| 152 | NAWD_DEQ_341867 | 2025.04.25 Email from Nicole Portley to Kim Holmes, Gary Vrooman, Jason Kelroy, and Cheryl Grabham - Fw: DEQ response to USB 4/2 letter | | | | |
| 153 | NAWD_DEQ_342560 | 2025.03.12 Email from Kim Holmes to Nicole Portley - Updated Contingency Program Plan amendment strategy | | | | |
| 154 | NAWD_DEQ_342561 | 2025.03 Oregon CAA Producer Registration Shortfall Contingency Plan | | | | |
| 155 | NAWD_DEQ_353660 | 2026.04.28 Email from Jason Kelroy to David Allaway and Cheryl Grabham - CAA Data Request - Trade Secret Explanation | | | | |
| 156 | NAW_DEP000003269 | ALLAWAY DEP. EX. 1 - 2026.06.08 Amended Notice of Deposition of David Allaway | | | | |
| 157 | NAW_DEP000003724 | ALLAWAY DEP. EX. 4 - 2026.02.09 REM Amendment V2 Submission, Program Plan | | | | |
| 158 | NAW_DEP000005071 | ALLAWAY DEP. EX. 28 - 2026.03.06 Email from David Allaway to Nicole Portley re: reporting responsibility | | | | |
| 159 | NAW_DEP000005060 | ALLAWAY DEP. EX. 25 - 2025.02.11 Email from Nicole Portley to DEQ Staff re: PP Pallet Wrap | | | | |
| 160 | NAW_DEP000005069 | ALLAWAY DEP. EX. 27 - 2025.03.11 Email from David Allaway to Nicole Portley re: durable food as covered item | | | | |
| 161 | NAWD_DEQ_058670 | 2024.01.09 Email from David Allaway to Justin Gast and Nicole Portley - RE: Comparison of RMA Lists and CalRecycle's CMC List | | | | |
| 162 | NAWD_DEQ_066588 | 2023.09.14 Email from David Allaway to Nicole Portley and Abby Boudouris - FW: EPR Contact | | | | |
| 163 | NAWD_DEQ_074938 | 2025.07.08 Email from David Allaway to Chris Strash, Yuill Herbert, and Carol SSG - financial impacts - recycling | | | | |
| 164 | NAWD_DEQ_057850 | 2026.01.27 Email from David Allaway to Cheryl Grabham, Arianne Sperry, Nicole Portley, Kali Sullivan, and Logan Gilles - RE: Call from Brewers Guild re: Pak Tek | | | | |
| 165 | NAWD_DEQ_059469 | 2025.12.02 Email from David Allaway to Logan Gilles and Kali Sullivan - FYI: OBI comments on PRO plan amendment #2 | | | | |
| 166 | CAAOR005684 | 2025.02 Circular Action Alliance Oregon Addendum to Participant Producer Agreement | | | | |
| 167 | CAAOR005725 | 2025.10.29 Circular Action Alliance 2026 Oregon Producer Fee Schedule | | | | |
| 168 | CAAOR005724 | Circular Action Alliance Infographic - Understanding EPR Fee-Setting | | | | |
| 169 | CAAOR004779 | Circular Action Alliance Oregon Program Plan (2025-2027) - edits between drafts 2 and 3 | | | | |
| 170 | CAA000034 | 2024.11 Circular Action Alliance Participant Producer Agreement - Preview Agreement | | | | |
| 171 | CAAOR005696 | 2026.03.31 Letter from Jeffrey Fielkow to Nicole Portley transmitting Circular Action Alliance Oregon 2025 Financial Report: Covering FY 2023-2024 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 172 | NAWD_DEQ_218263 | 2025.03.26 Email from Producer Support to Randi Wells - RE: Oregon Addendum - Revisions Requested | | | | |
| 173 | NAWD_DEQ_079183 | 2025.02.17 Letter from William L. Rasmussen to Nicole Portley - CAA Concern with Draft Program Plan Dispute Resolution, Needs Assessment Eligibility Methodology, and REM Creation Provisions | | | | |
| 174 | NAWD_DEQ_237299 | 2024.11.04 Email chain between Nicole Portley, Francis Veilleux, Kim Holmes, and Dan Leif - RE: EXT-RE: EXT-RE: Revised system expansion funding chart | | | | |
| 175 | NAWD_DEQ_213639 | 2025.02 Circular Action Alliance Oregon CAA Producer Registration Shortfall Contingency Plan | | | | |
| 176 | NAWD_DEQ_066095 | Undated comments on Crowe report cost estimate | | | | |
| 177 | CAAOR004007 | 2024.05.28 Collection of comments on CAA's first draft proposed program plan for implementation of the Oregon Recycling Modernization Act | | | | |
| 178 | CAAOR004400 | 2024.10.28 Collection of comments on Circular Action Alliance's second draft program plan submission | | | | |
| 179 | NAWD_DEQ_217972 | 2025.03.31 Email from Abby Boudouris to Kim Holmes and Nicole Portley - RE: Urgent Help with Oregon EPR Implementation | | | | |
| 180 | NAWD_DEQ_314487 | Appendix B: Confidential DEQ recommendations on CAA's Appendix G | | | | |
| 181 | NAWD_DEQ_087644 | 2024.12.03 Email from David Allaway to Nicole Portley - RE: inquiry from Fujifilm | | | | |
| 182 | NAWD_DEQ_083180 | 2024.12.04 Email from RethinkRecycling to Geoffrey Inch - FW: Packaging EPR Obligations | | | | |
| 183 | NAWD_DEQ_212473 | 2025.04.23 Email from Nicole Portley to producer.support@circularaction.org - Re: Question about Oregon EPR and Responsible Party [thread::hpoWfOQrP9-c_94ym_X9eF8::] | | | | |
| 184 | NAWD_DEQ_085794 | 2025.03.11 Email from David Allaway to Nicole Portley - RE: Covered and Not Covered Products | | | | |
| 185 | NAWD_DEQ_086116 | 2023.03.06 Email from David Allaway to Nicole Portley - RE: Elephant's one hanging question | | | | |
| 186 | NAWD_DEQ_078959 | 2025.02.11 Email from Nicole Portley to Chris van Rossem, David Allaway, Kim Holmes, Justin Gast, and Jessica Branom-Zwick - RE: PP Pallet Wrap | | | | |
| 187 | NAWD_DEQ_078266 | 2025.01.29 Email from Nicole Portley to Chris van Rossem, Geoffrey Inch, and Kim Holmes - Re: draft reply to the Wine Institute | | | | |
| 188 | NAWD_DEQ_226069 | 2025.04.02 Email from Nicole Portley to Geoffrey Inch, Chris van Rossem, Kim Holmes, and Shane Buckingham - FW: inquiry from a producer regarding ORS 459A.869(3) | | | | |
| 189 | NAWD_DEQ_183320 | Undated spreadsheet: Marketed Glass and Film Plastic - July 1, 2025 Rates / Alternate Invoicing | | | | |
| 190 | NAWD_DEQ_049746 | Undated spreadsheet: Allaway cost estimates - Less Ambitious Scenario and More Ambitious Scenario | | | | |
| 191 | NAWD_DEQ_025589 | 2023.05.05 Letter from Doug Mander to Justin Gast - Circular Action Alliance comments on Second Draft Study Design: Oregon Commodity Risk Fee and Contamination Management Fee | | | | |
| 192 | NAWD_DEQ_057991 | 2024.01.31 Email from David Allaway to Wendy Pratt, Justin Gast, and Jason Chan - RE: RAC II CMF Invoicing Proposal | | | | |
| 193 | CAAOR005578 | 2025.02.07 Oregon Recycling System Advisory Committee recommendations: PRO Plan Draft 3 | | | | |
| 194 | CAAOR005173 | 2025.02.21 Letter from Cheryl Grabham to Jeffrey Fielkow - DEQ approval of Circular Action Alliance third draft producer responsibility program plan | | | | |
| 195 | CAAOR003946 | 2024.07.29 Letter from DEQ to Charles Schwarze - DEQ official response to Circular Action Alliance's first draft producer responsibility program plan | | | | |
| 196 | CAAOR004329 | 2024.11.08 Letter from DEQ to Jeffrey Fielkow - DEQ official response to Circular Action Alliance's second draft producer responsibility program plan | | | | |
| 197 | NAWD_DEQ_103865 | 2024.05.16 Email from Justin Gast to David Allaway and Nicole Portley - RE: following up on the PRO acceptance list plan | | | | |
| 198 | NAWD_DEQ_066865 | 2025.11.12 Email to Cheryl Grabham, Nicole Portley, Kali Sullivan, and Logan Gilles - FW: question for clarification | | | | |
| 199 | NAWD_DEQ_219204 | 2025.03.04 Email from Esther Westbrook to Arianne Sperry and Blaine Mershon - RE: Upcoming Deadlines for Producers Required to Join a Producer Responsibility Organization | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 200 | NAWD_DEQ_212456 | 2025.04.21 Email from Nicole Portley to Jason Kelroy - Re: CAA-Letter from Old World Industries (OWI) re: diesel exhaust fluid (DEF) | | | | |
| 201 | NAWD_DEQ_085010 | 2025.03.27 Email from David Allaway to Nicole Portley - RE: 2025 Annual Report (Financials) template | | | | |
| 202 | NAWD_DEQ_029033 | 2025.12.17 Email chain involving Nicole Portley and Jody Easterday - Re: Easterday Certification Letter | | | | |
| 203 | CAAOR005027 | Circular Action Alliance appendices - edits between drafts 2 and 3 | | | | |
| 204 | NAWD_DEQ_098478 | 2022.07.22 Email from Nicole Portley to David Allaway - RE: market share follow-up from RAC meeting | | | | |
| 205 | NAWD_DEQ_029311 | 2025.12.30 Email from Nicole Portley to vanessa.fiene@state.co.us - FW: certification template #3 | | | | |
| 206 | NAWD_DEQ_211028 | Feedback on Circular Action Alliance financial report and accounting-system information | | | | |
| 207 | NAWD_DEQ_211003 | 2025.05.13 Email from Nicole Portley to AnneMarie Murphy - Fw: Financial Disclosure Discussion: follow-up | | | | |
| 208 | CAAOR003738 | 2024.03.31 Circular Action Alliance Oregon Program Plan 2025-2027 | | | | |
| 209 | CAAOR003939 | 2024.06.26 Oregon Recycling System Advisory Council review and recommendations on CAA proposed plan 1 | | | | |
| 210 | NAWD_DEQ_016981 | Coalition for Protein Packaging exemption request summary - protein packaging | | | | |
| 211 | NAWD_DEQ_029140 | 2025.05.22 Email from Nicole Portley - distribution/import ambiguity regarding Oregon EPR reporting | | | | |
| 212 | NAWD_DEQ_086840 | 2025.01.06 Email from David Allaway to Nicole Portley - RE: partial feedback on 3rd draft program plan (pp. 20-71) | | | | |
| 213 | NAWD_DEQ_089183 | Limited program plan review comments, part 2 | | | | |
| 214 | NAWD_DEQ_061124 | Market share exemption discussion | | | | |
| 215 | NAWD_DEQ_087755 | 2024.10.30 Email from David Allaway to Nicole Portley, Cheryl Grabham, Arianne Sperry, and Abby Boudouris - FW: Presentation of System expansion schedule of investment in PP3 | | | | |
| 216 | NAWD_DEQ_049449 | Plan amendment for the Financing Section of the Program Plan with comments | | | | |
| 217 | NAWD_DEQ_075836 | Email chain between David Allaway, Nicole Portley, and Philipp Hietler - Austrian waste-prevention funding / VKS consultation | | | | |
| 218 | NAWD_DEQ_058671 | 2024.01.09 Email from David Allaway to Nicole Portley and Peter Canepa - Re: published research indicating value of malus fees in ecomodulation | | | | |
| 219 | NAWD_DEQ_248269 | 2022.07.22 Email from Nicole Portley to David Allaway - RE: market share follow-up from RAC meeting | | | | |
| 220 | NAWD_DEQ_213099 | 2025.04.07 Email from Nicole Portley to Kim Holmes - contingency amendment decision | | | | |
| 221 | NAWD_DEQ_075496 | 2025.05.08 Email from David Allaway to Nicole Portley - RE: Following up on in-person conversation on EPR for Oregon | | | | |
| 222 | NAWD_DEQ_075501 | 2025.05.08 Email from David Allaway to Nicole Portley - RE: Keurig - DEQ dialogue about pods | | | | |
| 223 | NAWD_DEQ_029073 | 2025.06.13 Email chain involving Nicole Portley and Michael Washburn - Re: [EXT]FW: Oregon exemption | | | | |
| 224 | NAWD_DEQ_190395 | 2026.02.18 Email from Nicole Portley to Phil Economou - RE: [EXTERNAL] Customer Statement | | | | |
| 225 | CAAOR004395 | Oregon Recycling System Advisory Council review and recommendations on CAA proposed plan 2 | | | | |
| 226 | NAWD_DEQ_241672 | 2024.07.30 Email from Abby Boudouris to Sen. Janeen Sollman - OBI comments on RMA | | | | |
| 227 | NAWD_DEQ_452714 | 2024.07.26 Letter from Kim Holmes to Roxann Nayar - Notice of Proposed Rulemaking: Plastic Pollution and Recycling Modernization Act, Rulemaking 2 | | | | |
| 228 | NAWD_DEQ_407049 | 2025.10.10 Email from Jason Kelroy to Nicole Portley and Kim Holmes - Re: Request for confidentiality rationale | | | | |
| 229 | NAWD_DEQ_417258 | 2025.04.24 Email from Rick Tomlinson to Nicole Portley & Kasey Cronquist - Re: Request for Improvements to SB 582 Implementation | | | | |
| 230 | NAWD_DEQ_366061 | 2024.10.15 Email from Nicole Portley to Kim Holmes, Alex Chan, and Shane Buckingham - DOJ opinion on ecomodulation and cross-subsidization | | | | |
| 231 | NAWD_DEQ_413747 | 2025.03.19 Email from Nicole Portley to David Allaway - RE: Draft plan amendment language | | | | |
| 232 | NAWD_DEQ_434465 | 2024.08.22  Oregon Eco-Modulation proposal (DEQ) | | | | |
| 233 | NAWD_DEQ_360213 | 2023.11.21 Email from Nicole Portley to Shane Buckingham, Doug Mander, Chris Van Rossem, Alex Chan, and David Allaway - RE: follow-up on fees | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 234 | NAWD_DEQ_035241 | 2024.06.07 Oregon Recycling Council PRO Plan review - financial section subcommittee input | | | | |
| 235 | CAAOR005178 | 2024.12.06 Circular Action Alliance third and final Oregon Program Plan submission | | | | |
| 236 | NAWD_DEQ_226135 | 2025.04.16 Letter from Circular Action Alliance to Michael R. Petit - CAA's Response to United States Bakery Letter | | | | |
| 237 | NAWD_DEQ_218269 | 2025.04.02 Letter from United States Bakery to Nicole Portley and Kim Holmes - Objections to and Request to Void CAA EPR Participation Agreements | | | | |
| 238 | NAWD_DEQ_029047 | 2026.01.21 Email chain between Nicole Portley and Eliot Rasmussen - RE: notification of possible non-compliance with Oregon's Recycling Modernization Act | | | | |
| 239 | NAWD_DEQ_058201 | 2024.02.13 Email from David Allaway to Nicole Portley and Abby Boudouris - RE: New wine amendment-thoughts? | | | | |
| 240 | NAWD_DEQ_332811 | 2024.03.07 Crowe Final Report: Study Results - Processor Commodity Risk Fee and Contamination Management Fee | | | | |
| 241 | NAW_DEP000005295 | 2026.6.18 Notice of Deposition of Scott Cassel | | | | |
| 242 | NAW_DEP000005674 | 2026.05.15 Expert Report of Scott Cassel in National Association of Wholesaler-Distributors v. Feldon | | | | |
| 243 | NAW_DEP000005730 | Exhibit 1 to Supplemental Declaration of Nicole Portley Confidential Appendix G: Circular Action Alliance Detailed Base Fee-Setting Methodology | | | | |
| 244 | NAW_DEP000005745 | 2020.01.03 Email from Joachim Quoden to Scott Cassel - AW: a few questions on European Pkg programs | | | | |
| 245 | NAW_DEP000007005 | 2020.01.03 Email from joachim.quoden@expra.eu to Scott Cassel - AW: a few questions on European Pkg programs | | | | |
| 246 | NAW_DEP000007008 | 2020.03.03 Email chain between Kristin Aldred Cheek and Patrick Laevers - RE: Quick question on Belgium programs | | | | |
| 247 | NAW_DEP000007025 | 2026.05.15 Email from Joachim Quoden to Scott Cassel - RE: questions about the NAW lawsuit challenging the Oregon packaging EPR law | | | | |
| 248 | NAW_DEP000012947 | 2026.06.05 Amended Notice of Deposition of Erin Saylor | | | | |
| 249 | NAW_DEP000000008 | RMA Quarterly Producer Status List | | | | |
| 250 | NAW_DEP000000001 | Table 5A Product Stewardship Violations Guidance | | | | |
| 251 | NAW_DEP000009410 | Subpoena for Testimony to Circular Action Alliance, Inc. | | | | |
| 252 | NAW_DEP000009421 | Subpoena for Testimony to Circular Action Alliance Oregon | | | | |
| 253 | NAW_DEP000009432 | Declaration of Kimberly A. Holmes ISO Defendant's Opposition to Motion for Preliminary Injunction and/or Temporary Restraining Order | | | | |
| 254 | NAW_DEP000009457 | Kim Holmes' LinkedIn Page | | | | |
| 255 | NAW_DEP000009459 | CAA National Leadership | | | | |
| 256 | NAW_DEP000009460 | CAA Acknowledgment of Board Member Confidentiality Obligations | | | | |
| 257 | NAW_DEP000009463 | CAA Oregon Leadership | | | | |
| 258 | NAW_DEP000009464 | Circular Action Alliance Oregon Confidential Submission Outlining 2025 Producer Reporting | | | | |
| 259 | NAW_DEP000009470 | Oregon Top 25 Large Producers | | | | |
| 260 | NAW_DEP000009471 | CAA Participant Producer Agreement | | | | |
| 261 | NAW_DEP000009486 | CAA Oregon Addendum to Participant Producer Agreement | | | | |
| 262 | NAWD_DEQ_079183 | Letter from CAA to Nicole Portley and DEQ Leadership re: CAA's Concern with Draft Program Plan Dispute Resolution, Needs Assessment Eligibility Methodology, and REM Creation Provisions | | | | |
| 263 | NAW_DEP000009519 | 2026.06.12 Email from Erica Clausen to Gordon Todd re: CAA 30(b)(6) Deposition | | | | |
| 264 | NAW_DEP000012374 | 2025.11.24 Decl. of Brian Wild ISO Pl.'s Mot. for Prelim. Injunction and/or Temporary Restraining Order | | | | |
| 265 | NAW_EXP_000003452 | 2025.11.21 Decl. of Ed Allen in Support of Pl.'s Mot. for Prelim. Injunction and/or Temporary Restraining Order | | | | |
| 266 | NAW_EXP_000003494 | 2026.1.29 Supp. Decl. of Ed Allen in Support of Pl.'s Mot. for Prelim. Injunction and/or Temporary Restraining Order | | | | |
| 267 | NAW_EXP_000003461 | 2025.11.24 Decl. of James Winkle in Support of Pl.'s Mot. for Prelim. Injunction and/or Temporary Restraining Order | | | | |
| 268 | NAW_EXP_000003497 | 2026.1.29 Supp. Decl. of James Winkle in Support of Pl.'s Mot. for Prelim. Injunction and/or Temporary Restraining Order | | | | |
| 269 | NAW_DEP000012881 | 2026.3.13 Decl. of Rick Tomlinson in Support of Proposed Intervenors' Mot. for Prelim. Injunction | | | | |
| 270 | NAW_EXP_000000836 | 2026.3.16 Decl. of Rick Tomlinson in Support of Pl.'s Mot. for Prelim. Injunction | | | | |
| 271 | NAW_DEP000012917 | 2026.6.22 Def.'s Resps. To Pl.'s First Set of Interrogatories | | | | |
| 272 | NAW_DEP000012858 | 2026.06.11 Pl.'s Resps. And Objs. to Def.'s First Set of Requests for Admissions | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 273 | NAW000000002 | 2026.1.5 Email from Brian Wild to Leah Feldon - Comments of national Assocaition of Wholesaler-Distributors on the 2023-2024 annual Financial Report of CAA | | | | |
| 274 | NAW000000007 | 2025.6.25 Email from Lauren Williams to Nicole Portley - RE: Request to delay implementation of the RMA | | | | |
| 275 | NAW000000073 | NAW Supplying America's Economy Infographic | | | | |
| 276 | NAW000000075 | 2025.8.12 Email from Karen Harned (NAW) to Gemma DiCarlo - RE: Zoom Details for 8/14 "Think Out Loud" - NAW opinion on RMA | | | | |
| 277 | NAW000000084 | 2025.8.25 Email from Michael Panelli (Blattel Comunications) to Karen Harned (NAW) - RE: Interview Opportunity with Packaging Dive on the Oregon NAW Lawsuit (Interview Aug. 6) | | | | |
| 278 | NAW000000091 | 2025.6.4 Email from Brian Wild to Leah Feldon - Request for Delay of Effective Date for the RMA | | | | |
| 279 | NAW000000131 | 2025.3.19 Email from Rick Anderson to Laruen Williams and Brian Wild - RE: EPR for Oregon and Colorado | | | | |
| 280 | NAW000001607 | 2025.6.25 Email from Brian Wild to Nicole Portley - Comments on CAA Amendment to the Oregon Program Plan | | | | |
| 281 | NAW000000366 | Impacts of Oregon's EPR Law on Retail Restaurants and National Association of Wholesaler-Distributors Legal Challenge | | | | |
| 282 | NAW000000406 | CAA Understanding EPR Fee-Setting | | | | |
| 283 | NAW000000407 | 2025.7.30 News Article - NAW Takes Legal Action Against Oregon's Orerreach on Recycling Mandate | | | | |
| 284 | NAW000000478 | 2026.1.16 News Article - NAW Rebuts Oregon's Defense of Unprecendented Packaging Law, Urges court to Grant Injunction | | | | |
| 285 | NAW000001201 | 2026.1.5 Email Brian Wild to Leah Feldon - Comments of National Association of Wholesaler-Distributors on the 2023-2024 Annual Financial Report of Circular Action Alliance | | | | |
| 286 | NAW000001206 | NAW Powerpoint Overview EPR Laws | | | | |
| 287 | NAW000001217 | 2026.1.31 From NAW to Meghan Cieslak - # Press Kit: NAW v. Oregon DEQ et al | | | | |
| 288 | NAW000001224 | News Article - NAW Seeks Preliminary Injunction to Halt Enforcment of Oregon Packaging Law Citing Constitutional Defects, lack of Oversight, and Significant Business Impacts | | | | |
| 289 | NAW000001226 | Article by Brian Wild - Oregon's Recycling Law is a Corporate Power Grab - and Consumers Will Pay the Price | | | | |
| 290 | NAW000001255 | 2025.6.30 - EPR Call with Oregon DEQ: Q&A | | | | |
| 291 | NAW000001265 | 2025.12.3 Email from NAW SmartBrief to Maxx Silven - Ore. Recycling law in limbo as NAW seeks injunction | | | | |
| 292 | NAW000001278 | 2025.9.12 Email from Lauren Williams to John Nothdurft, Channing Pejic and maxx Silvan - RE NAW Takes Legal Action Against Oregone EPR Recycling Mandate | | | | |
| 293 | NAW000001330 | 2025.11.18 Email from Maxx Silvan to Joe Siekierski - EPR Oregon | | | | |
| 294 | NAW000001473 | Brian Wild - NAW Powerpoint | | | | |
| 295 | NAW000001508 | 2025.9.15 Email from Brian Wild to Nicholas J. Schilling - Re: request for Information, 'Request for Infromation on State Laws having Significant Advrse Effects on the National Economy or Significant Adverse Effects on Interstate Commerce" | | | | |
| 296 | NAW000001553 | 2025.7.31 Email from Lauren Williams to David Bivens RE: FEDA - EPR | | | | |
| 297 | NAW000001610 | 2025.6.26 Email from Lauren Williams to Brian Wild - RE: Oregon EPR | | | | |
| 298 | NAW000001634 | 2025.8.27 Email from Brian Wild to Bud De Flaviis - RE: EPR Regulations for Paper & Packaging | | | | |
| 299 | NAW000001663 | 2025.10.2 Email from Erin Cohn Donnellan to Gregory Hayes - RE: NAW Billion Dollar Roundtable | | | | |
| 300 | NAW000001674 | NAW Slide Deck of America Today | | | | |
| 301 | NAW000001849 | 2025.10.23 Email from Sheila Scheve to Lauren Williams and Randy Clark - RE: EPR Lawsuit | | | | |
| 302 | NAW000001924 | 2025.8.21 Email from Lauren Williams to Beth Dreher - RE: Intro to Beth | | | | |
| 303 | NAW000001969 | 2025.8.1 Email from Bridget McCrea to Lauren Williams - RE: FEDA Article on State EPR Laws | | | | |
| 304 | NAW000002036 | 2025.5.2 Email from Lauren Williams to Rasma Zvaners - RE: EPR Question | | | | |
| 305 | HARB_PROD_000000001 | 2025.06.17 Email from from CAA to Harbor Wholesale Grocery Containing Customer Invoice | | | | |
| 306 | HARB_PROD_000000002 | 2025.06.17  CAA Customer Invoice to Harbor Wholesale Grocery | | | | |
| 307 | HARB_PROD_000000011 | 2026.02.26 Email from Reece Erickson to Linda Stumpf re: Oregon EPR Fee Implementation | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 308 | HARB_PROD_000000013 | 2025.03.14 Email from Timothy Eberl to CAA Producer Support re: Clarification for Oregon Producers | | | | |
| 309 | HARB_PROD_000000014 | 2026.03.19 Email from Circular Action Alliance to Harbor Wholesale Grocery Containing Customer Invoice and Explaining Payment Options | | | | |
| 310 | HARB_PROD_000000015 | 2026.03.19 Late Fee Adjustment | | | | |
| 311 | HARB_PROD_000000016 | 2026.02.26 Email from Reece Erickson to Timothy Eberl re: EPR Coordination Call with Popeyes | | | | |
| 312 | HARB_PROD_000000018 | 2025.04.28 Email from Nicole Portley to Harbor re: Compliance Warning | | | | |
| 313 | HARB_PROD_000000020 | 2025.04.23 Email from Matt Pacheco to Timothy Eberl re: FW: Completed: CAA's Oregon State Addendum: Ready for signature | | | | |
| 314 | HARB_PROD_000000022 | Harbor Foods' Oregon Addendum to Participant Producer Agreement | | | | |
| 315 | HARB_PROD_000000034 | 2025.03.25 Email from Timothy Eberl to Catherine Johnson RE: Oregon Extended Producer Responsibility | | | | |
| 316 | HARB_PROD_000000036 | 2025.03.10 Email from Accounting - HW to Accounting - HW, Matt Pacheco, Accounting - HFS, Jason Benedetti, Matt Tegen, Timothy Eberl re: RE: Oregon Reporting Requirements - PRO - in Progress | | | | |
| 317 | HARB_PROD_000000042 | 2025.03.10 Letter from CKE Restaraunts Holdings, Inc. Re: Notice Regarding Oregon Extended Producer Responsibility Law Compliance | | | | |
| 318 | HARB_PROD_000000045 | 2025.03.14 Email from Producer Support to Timothy Eberl re: Circular Action Alliance Case # 00006109: Clarification for Oregon Producers | | | | |
| 319 | HARB_PROD_000000046 | 2026.03.19 Email from Circular Action Alliance to Harbor Wholesale Grocery Containing Customer Invoice and Explaining Payment Options | | | | |
| 320 | HARB_PROD_000000047 | Circular Action Alliance Invoice to Harbor Wholesale Grocery, Inc. | | | | |
| 321 | HARB_PROD_000000048 | 2025.04.23 Email from Matt Pacheco to Timothy Eberl re: FW: Completed: CAA's Oregon State Addendum: Ready for signature | | | | |
| 322 | HARB_PROD_000000050 | Oregon Addendum to Participant Producer Agreement (PPA) | | | | |
| 323 | HARB_PROD_000000062 | 2025.03.26 Email from Timothy Eberl to Catherine Johnson re: 02 Harbor - OR EPR Follow-Up | | | | |
| 324 | HARB_PROD_000000063 | 2025.07.02 Email from Timothy Eberl to Kim Holmes RE:  02 Harbor OR EPR Fee Assessment Invoice CINV-2025-0176 | | | | |
| 325 | HARB_PROD_000000064 | 2025.07.02 Letter from Jim Winkle to Kim Holmes re: Oregon Extended Producer Responsibility – Producer Fee Assessment CAA Invoice No. CINV-2025-0176 | | | | |
| 326 | HARB_PROD_000000066 | Harbor Sustainable Product Analysis | | | | |
| 327 | HARB_PROD_000000074 | 2026.02.26 Email from Reece Erickson to Deborah Riney re: RE_ ELT Follow up EPR question.msg | | | | |
| 328 | HARB_PROD_000000078 | 2025.03.25 Email from Accouting - HW to Natalya Washburn re: Oregon Reporting Requirements | | | | |
| 329 | HARB_PROD_000000083 | 2025.03.03 Letter from CKE Restaraunts Holdings, Inc. Re: Notice Regarding Oregon Extended Producer Responsibility Law Compliance | | | | |
| 330 | HARB_PROD_000000084 | 2025.04.30 Email from Accounting - HW to Nicole Portley re: notification from Oregon DEQ | | | | |
| 331 | HARB_PROD_000000086 | 2025.10.16 Email from eSign to Tax & Compliance re: Reminder: CAA's California State Addendum: Ready for signature | | | | |
| 332 | HARB_PROD_000000088 | 2026.04.20 Email from Circular Action Alliance to Harbor Wholesale Grocery, Inc. re: 03 Customer Invoice CINV-2026-675 | | | | |
| 333 | HARB_PROD_000000089 | 2025.06.13 Circular Action Alliance to Harbor Wholesale Grocery Inc. | | | | |
| 334 | HARB_PROD_000000090 | 2025.04.23 Email from Matt Pacheco to Timothy Eberl re: FW: Completed: CAA's Oregon State Addendum: Ready for signature | | | | |
| 335 | HARB_PROD_000000104 | 2026.02.26 Email from Deborah Riney to Reece Erickson, Linda Stumpf re: Follow up to our call about EPR | | | | |
| 336 | HARB_PROD_000000106 | 2026.02.23 Email from Deborah Riney to Linda Stumpf, Timothy Eberl re: Oregon EPR Fee Implementation – Effective March 1 | | | | |
| 337 | HARB_PROD_000000107 | 2025.03.10 Email from Accounting - HW to Jason Troglia, Natalya Washburn re: Oregon Reporting Requirements - PRO - in Progress | | | | |
| 338 | HARB_PROD_000000114 | 2025.04.10 Email from Natalya Washburn to Catherine Johnson re: CTRL00171816 | | | | |
| 339 | HARB_PROD_000000119 | EPR Consulting Group Master Contract for Consulting Services | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 340 | HARB_PROD_000000122 | 2026.02.26 Email from Natalya Washburn to Reece Erickson and Timothy Eberl re: Follow up to our call about EPR | | | | |
| 341 | HARB_PROD_000000125 | 2025.02.23 Email from Deborah Riney to Linda Stumpf and Timothy Eberl re: Oregon EPR Fee Implementation – Effective March 1 | | | | |
| 342 | HARB_PROD_000000126 | 2025.04.14 Email from Timothy Eberl to Natalya Washburn, Angela Vigo re: Call with CAA Summary | | | | |
| 343 | HARB_PROD_000000127 | 2025.04.22 Email from Catherine Johnson to Timothy Eberl, Natayla Washburn re: Final PPE Report | | | | |
| 344 | HARB_PROD_000000128 | EPR Group Consulting Producer and Packaging Evaluation Report | | | | |
| 345 | HARB_PROD_000000156 | 2026.04.21 Email from Circular Action Alliance to Tax & Compliance re: Notice of Delinquency for Oregon EPR | | | | |
| 346 | HARB_PROD_000000158 | 2025.03.10 Email from Circular Action Alliance to Tax & Compliance re: Welcome to Circular Action Alliance | | | | |
| 347 | HARB_PROD_000000159 | 2025.03.11 Email from Producer Support to Tax & Compliance re: Access to Reporting Guidance | | | | |
| 348 | HARB_PROD_000000160 | 2026.04.22 Email from Account Receivable to Tax & Compliance re: Invoice - 2026 - Circular Action Alliance | | | | |
| 349 | HARB_PROD_000000161 | Circular Action Alliance Statement for Harbor Wholesale Grocery Inc. | | | | |
| 350 | HARB_PROD_000000163 | Circular Action Alliance Summary of Charges | | | | |
| 351 | HARB_PROD_000000167 | Circular Action Alliance Invoice to Harbor Wholesale Grocery, Inc. | | | | |
| 352 | HARB_PROD_000000194 | 2026.03.10 Email from Reece Erickson to Deborah Riney, Brian Reardon re: Popeyes EPR Fee and Cases Sold Sample Report | | | | |
| 353 | HARB_PROD_000000195 | SMS (Popeye) Cases Sold Sample Report | | | | |
| 354 | HARB_PROD_000000196 | 2025.04.10 Email from Natalya Washburn to Catherine Johnson re: RE: Scope for PPE - Corrected | | | | |
| 355 | HARB_PROD_000000201 | EPR Group Consulting Master Contract for Consulting Services | | | | |
| 356 | HARB_PROD_000000204 | 2026.03.17 Email from Deborah Riney to Reece Erickson re: Re: Popeyes EPR Fee and Cases Sold Sample Report | | | | |
| 357 | HARB_PROD_000000209 | 2026.04.23 Email from Circular Action Alliance to Tax & Compliance re: Customer Invoice CINV-2026-7511 | | | | |
| 358 | HARB_PROD_000000210 | Circular Action Alliance Summary of Charges | | | | |
| 359 | HARB_PROD_000000211 | 2025.03.11 Email from Timothy Eberl to Angela Vigo, Natalya Washburn re: Preliminary PRO Fee Impact | | | | |
| 360 | HARB_PROD_000000214 | 2025.03.14 Email from Timothy Eberl to Tax & Compliance RE: Clarification for Oregon Producers | | | | |
| 361 | HARB_PROD_000000215 | 2026.05.18 Email from Circular Action Alliance to Tax & Compliance re: Customer Invoice CINV-2026-8106 | | | | |
| 362 | HARB_PROD_000000216 | 2026.5.18 CAA Invoice to Harbor Wholesale for late Fee | | | | |
| 363 | HARB_PROD_000000218 | 2026.5.19 Email from CAA Workday to Tax & Complaince at Harbor Foods - Customer Invoice CINV-2026-8870 | | | | |
| 364 | HARB_PROD_000000219 | 2026.5.19 CAA Invoice to Harbor Wholesale for Late Fee | | | | |
| 365 | HARB_PROD_000000220 | 2025.3.26 Email from Timothy Eberl to CAA Producer Support - Harbor Wholesale Grovery Inc. Request for Reporting Extension | | | | |
| 366 | HARB_PROD_000000222 | Spreadsheet of 2025 EPR OR Sales Decline Analysis | | | | |
| 367 | HARB_PROD_000000223 | 2025.12.2 Spreadsheet 2024 Oregon Foodservice Ware Sales - Potential price increase by Timothy Eberl and Reece Erickson | | | | |
| 368 | HARB_PROD_000000224 | June 2025 Harbor Sustainable Product Analysis from Bunzl | | | | |
| 369 | HARB_PROD_000000713 | 2025.12.04 - Spreadsheet of EPR Classes | | | | |
| 370 | HARB_PROD_000000743 | Harbor Foods EPR Fee Pass Thru Strategies PowerPoint with Spreadsheets of CY2023-25 by Reeece Erickson and Timothy Eberl | | | | |
| 371 | HARB_PROD_000000748 | Spreadsheet of ERP/Inventory Master Item File for Harbor Foods | | | | |
| 372 | HARB_PROD_000000749 | 2025.4.22 Producer and Packaging Evaluation Report Submitted to Harbor Wholesale Grocery Inc. Prepared by EPR Group Consulting Inc. | | | | |
| 373 | HARB_PROD_000000779 | 2026.2.3 Letter from Rob Mould (Innovative Food Service Solutions) to IMA Supplier Partners (HF) - EPR Fees for IMA Members and Member Responsibilities | | | | |
| 374 | HARB_PROD_000001245 | 2026.2.27 Email from Deborah Riney to Linda Stumpf - Fwd: New State EPR Fees Beginning Sunday, 3/1 | | | | |
| 375 | HARB_PROD_000001249 | Spreadsheet Harbor Foodservice of Seattle OR EPR Impact Estimate by Matt Tegen | | | | |
| 376 | HARB_PROD_000001263 | Spreadhseet of Supply Chain Inventory List | | | | |
| 377 | HARB_PROD_000001281 | 2025.4.24 Spreadsheet Harbor Wholesale Gorcery Inc. OR EPR 2024 Data Prep by Timothy Eberl | | | | |
| 378 | HARB_PROD_000001286 | 2025.3.27 Spreadsheet Harbor Wholesale Grocery Inc. OR EPR Impact Estimate by Timothy Eberl | | | | |
| 379 | HARB_PROD_000001300 | 2025.4.10 Master Contract for Consulting Services between EPR Group Consulting and Harbor Foods, Inc. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 380 | HARB_PROD_000001320 | 2025.7.13 CAA Invoice to Harbor Wholesale Grocery, Inc. | | | | |
| 381 | HARB_PROD_000001330 | 2026.3.1 Letter of Understanding between Harbor Wholesale Grocery, Inc. and Supply Management Services, Inc. Regardign EPR Reporting | | | | |
| 382 | HARB_PROD_000001332 | 2025.3.3 Letter from CKE Restaurants Holdings, Inc. to Jason Benedetti (Harbor Foods) - Notice Regarding Oregon EPR Law Compliance | | | | |
| 383 | HARB_PROD_000001333 | 2025.5.1 Harbor Meeting Notes R3 | | | | |
| 384 | HARB_PROD_000001339 | 2025.12.2 Email from Reece Erickson to Les Anderson - OR EPR pass thru strategy change | | | | |
| 385 | HARB_PROD_000001341 | 2025.11.11 Spreadsheet of Harbor Wholesale Grocery Inc. OR EPR 2025 Pass-through Strategy Analysis by Timothy Eberl Reece Erickson | | | | |
| 386 | HARB_PROD_000001375 | Spreadsheet of EPR Libaility Summary LDC to OR 2025 | | | | |
| 387 | HARB_PROD_000001376 | Spreadsheet of Popeye Sales and Fee Assessments for 2025 | | | | |
| 388 | HARB_PROD_000001379 | 2026.3.13 Harbor Wholesale Grocery inc Popeyes and R3 OR EPR Fee Accruals and Collection Memo | | | | |
| 389 | HARB_PROD_000001382 | 2025.12.2 Email from Reece Erickson to Rick Jensen - RE: EPR Pass Thru Strategies | | | | |
| 390 | HARB_PROD_000001387 | 2025.12.4 Email from Reece Erickson to Bryce Schneider - RE: EPR Cost Increases | | | | |
| 391 | HARB_PROD_000001390 | Spreadsheet of Harbor Wholesale Grocery Inc. EPR Cost Increase per Individual Item | | | | |
| 392 | HARB_PROD_000001391 | 2025.7.3 Email from Producer Support CAA to Tim Eberl (HF) - Re: Harbor OR EPR Fee Assessment Invoice CINV-2025-0176 | | | | |
| 393 | HARB_PROD_000001398 | Spreadsheet of  Retail Inventory and Sales Ledger | | | | |
| 394 | HARB_PROD_000001400 | 2026.2.2 Email from Restaurant Brands International to Suppliers of the Popeyes Brand (HF) - EPR Legislation in the U.S. - Information Request on Packaging | | | | |
| 395 | HARB_PROD_000001402 | 2025.11.13 Email from Timothy Eberl to Rick Jensen - WA & CA EPR Definitions and Start Date | | | | |
| 396 | NAWD_DEQ_458232 | Appendix B: Confidential DEQ recommendations on CAA's Appendix G | | | | |
| 397 | NAWD_DEQ_460746 | Rule Concepts: 5. Other Concepts Regarding PRO Obligations | | | | |
| 398 | NAWD_DEQ_460760 | Rule Concept: Covered Product Estimates | | | | |
| 399 | NAWD_DEQ_460769 | Rule Concept: Associated Producers and Designation of Large and Small Producers | | | | |
| 400 | NAWD_DEQ_460810 | OR25 Producer Aggregated by Associated Producer | | | | |
| 401 | NAWD_DEQ_460995 | Paper and Packaging EPR Quarterly Report Q3 (July - September 2025) | | | | |
| 402 | NAWD_DEQ_461010 | Paper and Packaging EPR Quarterly Report Q4 (October – December 2025) Feb. 13, 2026 | | | | |
| 403 | NAWD_DEQ_461032 | Circular Action Alliance Oregon, Paper and Packaging EPR Quarterly Report, Q1 (January – March, 2026), May 15, 2026 | | | | |
| 404 | NAWD_DEQ_461099 | RMA Producer Compliance Oversight & Enforcement Process Flow | | | | |
| 405 | NAWD_DEQ_461100 | Delinquency Table | | | | |
| 406 | | Impeachment Exhibit | | | | |
| 407 | | Impeachment Exhibit | | | | |
| 408 | | Impeachment Exhibit | | | | |
| 409 | | Impeachment Exhibit | | | | |
| 410 | | Impeachment Exhibit | | | | |
| 411 | | Impeachment Exhibit | | | | |
| 412 | | Impeachment Exhibit | | | | |
| 413 | | Impeachment Exhibit | | | | |
| 414 | | Impeachment Exhibit | | | | |
| 415 | | Impeachment Exhibit | | | | |
| 501 | CAAOR005725 | CAA 2026 Oregon Producer Fee Schedule | | | | |
| 502 | NAW000000406 | Understanding EPR Fee-Setting | | | | |
| 503 | NAWD_DEQ_356177 | David Allaway Dep. Ex. 55: April 13, 2026 Email Chain re Sierra Pacific Industries | Hearsay; lack of foundation; completeness | | | |
| 504 | NAWD_DEQ_356160 | David Allaway Dep. Ex. 56: April 21, 2026 Email Chain re Sierra Pacific (SPI) | Hearsay; lack of foundation; completeness | | | |
| 505 | NAWD_DEQ_356206 | David Allaway Dep. Ex. 57: May 20, 2026 Email Chain re SPI Photos | Hearsay; lack of foundation; completeness | | | |
| 506 | NAWD_DEQ_356692 | Oregon Revised Statute Chapter 459A – Reuse and Recycling (2025 Edition) | | | | |
| 507 | NAWD_DEQ_356842 | Department of Environmental Quality Chapter 340 Division 90 Recycling and Waste Reduction | | | | |

| 508 | NAWD_DEQ_356675 | Arianne Sperry Dep. Ex. 4: CAA Paper and Packaging EPR Quarterly Report (May 15, 2026) | | | | |
| 509 | No Bates | CAA Dep. Ex. 10 - CAA Participant Producer Agreement - November 2024 draft | | | | |
| 510 | CAAOR002171 | October 29, 2025 Email from Kim Holmes to Nicole Portley re Fee Setting Review Team Call | Lack of foundation | | | |
| 511 | CAAOR002172 | January 9, 2026 Email Chain between Kim Holmes and Nicole Portley re Fee Setting Discussion | Lack of foundation | | | |
| 512 | NAWD_DEQ_456861 | Current PRO Program Plan May 6, 2026 | | | | |
| 513 | NAWD_DEQ_461099 | Compliance Tracking Process Flow v3.1 | Hearsay; lack of foundation; completeness | | | |
| 514 | NAWD_DEQ_469472 | Participant Producer Agreement | | | | |
| 515 | NAWD_DEQ_461127 | Oregon State Addendum | | | | |
| 516 | NAWD_DEQ_461139 | Exemptions Request Form | | | | |
| 517 | NAWD_DEQ_461145 | ORS 459A.869(13) claim form | | | | |
| 518 | NAWD_DEQ_461211 | Final Version | Relevance; hearsay; lack of foundation; completeness | | | |
| 519 | NAWD_DEQ_469458 | recDecisionTree.pdf | Relevance; hearsay; lack of foundation; completeness | | | |
| 520 | NAWD_DEQ_469467 | RMA Exemptions FAQ | Relevance; hearsay; lack of foundation; completeness | | | |
| 521 | No Bates | Plaintiff NAW's Responses & Objections to Defendant's First Set of Interrogatories | | | | |
| 522 | No Bates | Plaintiff NAW's Responses & Objection to Defendant's First Set of Requests for Admission | | | | |
| 523 | | Impeachment Exhibit | | | | |
| 524 | | Impeachment Exhibit | | | | |
| 525 | | Impeachment Exhibit | | | | |
| 526 | | Impeachment Exhibit | | | | |
| 527 | | Impeachment Exhibit | | | | |
| 528 | | Impeachment Exhibit | | | | |
| 529 | | Impeachment Exhibit | | | | |
| 530 | | Impeachment Exhibit | | | | |
| 531 | | Impeachment Exhibit | | | | |
| 532 | | Impeachment Exhibit | | | | |