Darin Sands, OSB No. 106624
dsands@bradleybernstein.com
BRADLEY BERNSTEIN SANDS LLP
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

David R. Carpenter*
drcarpenter@sidley.com
Caleb J. Bowers*
cbowers@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000

Gordon D. Todd*
gtodd@sidley.com
Richard W. Smith*
rwsmith@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000

* *Pro hac vice*

Attorneys for Plaintiff NATIONAL
ASSOCIATION OF WHOLESALER-
DISTRIBUTORS

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS, <br><br> Plaintiff, <br><br> v. <br><br> LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity, <br><br> Defendant. | Case No. 3:25-cv-01334-SI <br><br> **PARTIES' TRIAL EXHIBITS DESIGNATED FOR ADMISSION** <br><br> **Complaint Filed: July 30, 2025** |

PARTIES' TRIAL EXHIBITS DESIGNATED FOR ADMISSION

The Parties have designated and/or stipulated (indicated as follows) that the following exhibits be admitted into evidence:

| Exh. No. | Starting Bates | Description | Designation for Admission |
|---|---|---|---|
| 47 | NAWD_DEQ_337045 | 2025 Circular Action Alliance Oregon 2025 Financial Report: Covering FY 2023-2024 - Redacted Version | Designated by Stipulation |
| 51 | NAWD_DEQ_314487 | Appendix B: Confidential DEQ recommendations on CAA's Appendix G | Designated Portley Dep. Exh. 25 |
| 69 | NAW_DEP000000001 | Table 5A Product Stewardship Violations Guidance | Designated Saylor Dep. Exh. 1 |
| 96 | NAW_DEP000012917 | 2026.6.22 Def.'s Resps. To Pl.'s First Set of Interrogatories: Responses to Interrogatories Nos. 4, 5, 7, 9 | Designated by Stipulation |

1

**PARTIES' TRIAL EXHIBITS DESIGNATED FOR ADMISSION**

DATED July 15, 2026

SIDLEY AUSTIN LLP

By: */s/ Caleb J. Bowers*
Caleb J. Bowers*
cbowers@sidley.com

David R. Carpenter*
drcarpenter@sidley.com
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Gordon D. Todd*
gtodd@sidley.com
Richard W. Smith*
rwsmith@sidley.com
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711
*Pro hac vice*

BRADLEY BERNSTEIN SANDS LLP
Darin Sands, OSB No. 106624
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

Attorneys for Plaintiff
NATIONAL ASSOCIATION OF
WHOLESALER-DISTRIBUTORS

**PARTIES' TRIAL EXHIBITS DESIGNATED FOR ADMISSION**