**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,**

Plaintiff,

v.

**LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY**, in her official capacity,

Defendant.

Case No. 3:25-cv-1334-SI

**CLERK'S LIST OF EXHIBITS AND WITNESSES**

## Trial Exhibits Received in Evidence

| | |
|---|---|
| **Attorneys' Eyes Only:** | **5, 12, 13, 42** |

**Public:**

| | |
|---|---|
| Plaintiff | 1-4, 14-17, 19-22, 26, 30-31, 34-38, 40-41, 43, 44-47, 51, 68-70, 73, 75, 77, 90-91, 95-97, 107, 109, 118 |
| Defendant | 519-521, 523, 526, 531, 535, 563-565 |
| Court | 42a |

## Witnesses

| | |
|---|---|
| PW1 | Kimberly Holmes |
| PW2 | Brian Wild |
| PW3 | Corey Rodriguez |
| PW4 | James Winkle |
| PW5 | Ed Allen |
| PW6 | Rick Tomlinson |
| PW7 | Dr. Douglas J. Thomas, Ph.D. |
| PW8 | Dr. Calvin Lakhan, Ph.D. |
| DW1 | Nicole Portley |
| DW2 | Erin Saylor |
| DW3 | David Allaway |
| DW4 | Scott Cassel |
| DW5 | Reid Lifset |