**YoungWoo Joh**

| | |
|---|---|
| **From:** | WOLF Emmy * DEQ <Emmy.WOLF@deq.oregon.gov> |
| **Sent:** | Friday, July 31, 2026 2:12 PM |
| **To:** | WEITZ Mia * DEQ |
| **Cc:** | Materials Mgmt * DEQ |
| **Subject:** | FW: [GovQA] New Request Assignment - R002363-073026 |

Hi Mia,

I'm reaching out regarding the attached public records request. I recently took over this request from Cade, and he recommended that I connect with you since this request does not appear to fall under the Cleanup Program, and this might be for the Materials Management Team.

So, I wanted to check with you to see if you're able to assist with this request, or if there are additional staff members I should include to help identify and gather the responsive records? If you are able to assist, please provide the time estimate by **COB 8/7/2026** for locate, review, and compile the responsive records

Thank you so much for your help. I appreciate any guidance or direction you can provide.
Best,
Emmy

**Emmy Wolf** (she/her/hers)
Public Records Coordinator
Oregon Department of Environmental Quality
700 NE Multnomah St, Suite 600
Portland, OR 97232
Phone: 503.960.6210
Email: emmy.wolf@deq.oregon.gov

---

**From:** Oregon DEQ <oregondeq@govqa.us>
**Sent:** Friday, July 31, 2026 9:35 AM
**To:** WOLF Emmy * DEQ <Emmy.Wolf@deq.oregon.gov>
**Subject:** [GovQA] New Request Assignment - R002363-073026

**A request has been assigned to you: Public Records Request / R002363-073026**

**Request Information**
**Assigned Staff:** Emmy Wolf
**Status:**
**Create Date:** 7/30/2026 4:04:37 PM
**Requester:** Michael Beach
**Site Address:**

**Record(s) Requested:** Pursuant to the Oregon Public Records Law, ORS 192.311 through 192.478, I request electronic copies of the following records in the possession, custody, or control of the Oregon Department of Environmental Quality:

1. Every version of Appendix G, identified as the "Detailed Fee-Setting Methodology," submitted by Circular Action Alliance Oregon LLC in connection with its Producer Responsibility Organization Program Plan, including the original submission and all subsequent amendments, revisions, replacements, and updates.

2. The cost-to-manage or "CTM" model associated with Appendix G, including all spreadsheets, workbooks, databases, algorithms, formulas, input tables, output tables, assumptions, allocation factors, data dictionaries, instructions, supporting documentation, and related electronic files.

3. Any version of Appendix G or the CTM model used to calculate or support producer base fees, material-specific fees, cost allocations, ecomodulation adjustments, or other producer charges for the 2025, 2026, or 2027 program years.

4. Records reflecting DEQ's review, analysis, testing, validation, recalculation, editing, approval, rejection, or recommended modification of Appendix G or the CTM model.

5. Communications between DEQ and Circular Action Alliance concerning the development, contents, operation, accuracy, approval, confidentiality, or disclosure of Appendix G or the CTM model.

6. Any confidentiality designation, trade-secret claim, supporting statement, substantiation, legal analysis, or other record submitted by Circular Action Alliance or prepared by DEQ concerning whether any portion of Appendix G or the CTM model is exempt from public disclosure.

7. Any non-confidential descriptions, summaries, extracts, outputs, analyses, or explanations of Appendix G or the CTM model maintained by DEQ.

Please produce electronic spreadsheets and other electronic records in their original native formats, with formulas, cell relationships, worksheets, metadata, and other functionality intact. PDFs may be provided in addition to, but not in place of, available native electronic records.

If DEQ concludes that any requested record contains exempt material, please redact or segregate only the exempt material and release all reasonably segregable nonexempt portions pursuant to ORS 192.338. For each withholding or redaction, please identify the record, the specific statutory exemption relied upon, and the factual basis for applying that exemption.

Please process items 1 through 3 as the first phase of this request. Before beginning work on items 4 through 7, please advise me of the anticipated additional cost.

I request a waiver or substantial reduction of fees because disclosure primarily benefits the general public. The requested methodology is used within Oregon's state-approved producer responsibility system to determine mandatory financial obligations imposed on producers. The transparency, fairness, oversight, and legality of this methodology are matters of significant public and regulatory interest and are currently subjects of federal litigation.

Please provide a written, itemized cost estimate before incurring fees exceeding $100. The estimate should

identify the anticipated staff time, hourly rates, legal-review or redaction costs, and the portions of the request responsible for those costs. Please provide an opportunity to narrow the request before incurring additional charges.

Login to the system and view your request by clicking HERE.

---

**This is an auto-generated email and has originated from an unmonitored email account. Please DO NOT REPLY**