Darin Sands, OSB No. 106624
dsands@bradleybernstein.com
BRADLEY BERNSTEIN SANDS LLP
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

David R. Carpenter*
drcarpenter@sidley.com
Caleb J. Bowers*
cbowers@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000

Gordon D. Todd*
gtodd@sidley.com
Richard W. Smith*
rwsmith@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000

* *Pro hac vice*

Attorneys for Plaintiff NATIONAL
ASSOCIATION OF WHOLESALER-
DISTRIBUTORS

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS, <br><br> Plaintiff, <br><br> v. <br><br> LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity, <br><br> Defendants. | Case No. 3:25-cv-01334-SI <br><br> **PLAINTIFF'S STATEMENT REGARDING ORAL ARGUMENT** <br><br> **Complaint Filed: July 30, 2025** |

Plaintiff National Association of Wholesaler-Distributors ("NAW") respectfully submits this statement regarding oral argument on this matter following the submission of the parties' post-trial briefs, Dkt. 195, 196. NAW believes that its claims under the Due Process Clause and Dormant Commerce Clause have been thoroughly briefed, developed, and established. But NAW would request argument insofar as it may assist the Court given the number of significant issues raised by each claim, and to ensure that the Court's questions on the Due Process claim have been addressed.

Moreover, NAW notes that after a year of litigation and five full days of trial, Defendant's Post-Trial Brief raises, for the first time, a request for abstention under the *Pullman* and *Burford* doctrines—"extraordinary and narrow exception[s]" to federal courts' obligation to exercise jurisdiction. *Peridot Tree, Inc. v. City of Sacramento*, 94 F.4th 916, 926 (9th Cir. 2024). Those doctrines do not apply because NAW's claim presents federal constitutional questions that do not depend on resolution of an uncertain issue of state law or threaten disruption of a specialized state-review scheme. To the extent the Court is inclined to entertain those untimely arguments at all, NAW requests the opportunity to respond to Defendant's newly raised abstention theories at oral argument, or in the alternative in a short supplemental brief.

DATED August 3, 2026

SIDLEY AUSTIN LLP

By: */s/ David R. Carpenter*
David R. Carpenter*
drcarpenter@sidley.com

Caleb J. Bowers*
cbowers@sidley.com
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Gordon D. Todd*
gtodd@sidley.com
Richard W. Smith*
rwsmith@sidley.com
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711
*Pro hac vice

BRADLEY BERNSTEIN SANDS LLP
Darin Sands, OSB No. 106624
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

Attorneys for Plaintiff
NATIONAL ASSOCIATION OF
WHOLESALER-DISTRIBUTORS