**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS**,<br><br>Plaintiff,<br><br>v.<br><br>**LEAH FELDON**, Director, Oregon Department of Environmental Quality, in her official capacity,<br><br>Defendant. | Case No. 3:25-cv-1334-SI<br><br>**JUDGMENT** |

**Michael H. Simon, District Judge.**

This action was tried to the Court in a five-day bench trial, from July 13, 2026, to July 17, 2026, with U.S. District Judge Michael H. Simon presiding. The Court issued its Findings of Facts and Conclusions of Law on August 27, 2026. ECF 205.

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

Judgment is entered in favor of Defendant, Leah Feldon, and against Plaintiff, National Association of Wholesaler-Distributors.

DATED this 28th day of August, 2026.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge