Darin Sands, OSB No. 106624
dsands@bradleybernstein.com
BRADLEY BERNSTEIN SANDS LLP
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

David R. Carpenter*
drcarpenter@sidley.com
Caleb J. Bowers*
cbowers@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000

Gordon D. Todd*
gtodd@sidley.com
Richard W. Smith*
rwsmith@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000

* *Pro hac vice*

Attorneys for Plaintiff NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,<br><br>Plaintiff,<br><br>v.<br><br>LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity,<br><br>Defendant. | Case No. 3:25-cv-01334-SI<br><br>**PLAINTIFF'S NOTICE OF APPEAL**<br><br>**Complaint Filed: July 30, 2025** |

Notice is hereby given that Plaintiff National Association of Wholesaler-Distributors ("NAW") appeals to the U.S. Court of Appeals for the Ninth Circuit from the Judgment entered by the U.S. District Court for the District of Oregon in this action on August 28, 2026, Dkt. 206. The Court of Appeals has jurisdiction over this matter pursuant to 28 U.S.C. § 1291.

Attached to this Notice is the Representation Statement required by Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2.

Respectfully submitted,

DATED: September 24, 2026

SIDLEY AUSTIN LLP

By: */s/ David R. Carpenter*

David R. Carpenter*
drcarpenter@sidley.com

Caleb J. Bowers*
cbowers@sidley.com
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Gordon D. Todd*
gtodd@sidley.com
Richard W. Smith*
rwsmith@sidley.com
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711
**Pro hac vice*

BRADLEY BERNSTEIN SANDS LLP

Darin Sands, OSB No. 106624
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

Attorneys for Plaintiff
NATIONAL ASSOCIATION OF
WHOLESALER-DISTRIBUTORS

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the following documents:

- **Plaintiff's Notice of Appeal**

on the following named person(s) on the date indicated below by:

¨ mailing with postage prepaid
¨ hand delivery
¨ facsimile transmission
¨ overnight delivery
¨ Electronic service via Odyssey eFile & Serve, where applicable
☒ Email service or electronic transmission via ECF

Dan Rayfield
Sara D. Van Loh
Alexander C. Jones
YoungWoo Joh
OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Email: Sara.VanLoh@doj.oregon.gov
alex.jones@doj.oregon.gov

*Counsel for Defendants Leah Feldon, Director, Oregon Department of Environmental Quality, in her official capacity*

DATED: September 24, 2026

*/s/ David R. Carpenter*

David R. Carpenter
drcarpenter @sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

*Attorneys for Plaintiff*