Darin Sands, OSB No. 106624
dsands@bradleybernstein.com
BRADLEY BERNSTEIN SANDS LLP
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

David R. Carpenter*
drcarpenter@sidley.com
Caleb J. Bowers*
cbowers@sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000

Gordon D. Todd*
gtodd@sidley.com
Richard W. Smith*
rwsmith@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000

* *Pro hac vice*

Attorneys for Plaintiff NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS,

Plaintiff,

v.

LEAH FELDON, DIRECTOR, OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY, in her official capacity,

Defendant.

Case No. 3:25-cv-01334-SI

**REPRESENTATION STATEMENT**

**Complaint Filed: July 30, 2025**

Pursuant to Federal Rule of Appellate Procedure 12(b) and U.S. Court of Appeals for the Ninth Circuit Rule 3-2, the undersigned counsel for Plaintiff National Association of Wholesaler-Distributors identifies below all parties to the above-styled action and the names, addresses, and telephone numbers of their respective counsel.

**PLAINTIFF-APPELLANT**

**National Association of Wholesaler-Distributors**

David R. Carpenter
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000

Gordon D. Todd
Richard W. Smith
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000

Darin Sands
BRADLEY BERNSTEIN SANDS LLP
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

**DEFENDANT-APPELLEE**

**Leah Feldon, Director, Oregon Department of Environmental Quality, *in her official capacity***

Dan Rayfield
Sara D. Van Loh
Alexander C. Jones
YoungWoo Joh
OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880

Respectfully submitted,

DATED: September 24, 2026

SIDLEY AUSTIN LLP

By: */s/ David R. Carpenter*

David R. Carpenter*
drcarpenter@sidley.com

Caleb J. Bowers*
cbowers@sidley.com
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

Gordon D. Todd*
gtodd@sidley.com
Richard W. Smith*
rwsmith@sidley.com
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711
**Pro hac vice*

BRADLEY BERNSTEIN SANDS LLP

Darin Sands, OSB No. 106624
1211 NW Glisan St., Ste 204
Portland, OR 97209
Telephone: +1 503-734-2480

Attorneys for Plaintiff
NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the following documents:

- **Representation Statement**

on the following named person(s) on the date indicated below by:

¨ mailing with postage prepaid
¨ hand delivery
¨ facsimile transmission
¨ overnight delivery
¨ Electronic service via Odyssey eFile & Serve, where applicable
☒ Email service or electronic transmission via ECF

Dan Rayfield
Sara D. Van Loh
Alexander C. Jones
YoungWoo Joh
OREGON DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Email: Sara.VanLoh@doj.oregon.gov
alex.jones@doj.oregon.gov

*Counsel for Defendants Leah Feldon, Director, Oregon Department of Environmental Quality, in her official capacity*

DATED: September 24, 2026

*<u>/s/ David R. Carpenter</u>*
David R. Carpenter
drcarpenter @sidley.com
SIDLEY AUSTIN LLP
350 South Grand Avenue
Los Angeles, CA 90071
Telephone: +1 213 896 6000
Facsimile: +1 213 896 6600

*Attorneys for Plaintiff*